# EXHIBIT D



# Louisiana



| VA Facilities (as of 9/30/2019) | Louisiana | Total |
|---|---:|---:|
| Number of Inpatient Care Sites | 3 | 146 |
| Number of Outpatient Care Sites | 16 | 1,088 |
| Number of Vet Centers | 4 | 300 |
| Number of VBA Regional Offices | 1 | 56 |
| Number of National and State Cemeteries | 8 | 256 |

| VA Expenditures FY 2019 (*in thousands*) | Louisiana | Total |
|---|---:|---:|
| Compensation & Pension | $ 1,501,914 | $ 97,637,686 |
| Construction | $ 7,416 | $ 1,238,240 |
| Education & Voc Rehab/Employment | $ 140,937 | $ 13,810,758 |
| General Operating Expenses | $ 26,746 | $ 10,117,163 |
| Insurance & Indemnities | $ 16,852 | $ 1,401,616 |
| Medical Care | $ 1,294,153 | $ 77,802,984 |

National Center for Veterans Analysis and Statistics, Contact: www.va.gov/vetdata
Sources: VA Veteran Population Projection Model, VA Geographic Distribution of Expenditures,
VA Annual Benefits Report, U.S. Census Bureau, American Community Survey



# Louisiana

| Veteran Population (as of 9/30/2019) | Louisiana | Total |
|---|---:|---:|
| Number of Veterans | 292,586 | 19,928,795 |
| Percent of Adult Population that are Veterans | 6.5% | 6.8% |
| Number of Women Veterans | 33,320 | 2,014,727 |
| Percent of Women Veterans | 11.4% | 10.1% |
| Number of Military Retirees | 26,514 | 2,174,409 |
| Percent of Veterans that are Military Retirees | 9.1% | 10.9% |
| Number of Veterans Age 65 and Over | 120,857 | 9,180,714 |
| Percent of Veterans Age 65 and Over | 41.3% | 46.1% |





| VA Healthcare and Benefits (as of 9/30/2020) | Louisiana | Total |
|---|---:|---:|
| Number of Veterans Receiving Disability Compensation | 69,371 | 5,081,692 |
| Number of Veterans Receiving Pension | 4,631 | 219,587 |
| Number of Dependency & Indemnity Comp Beneficiaries | 7,206 | 445,503 |
| Number of Education Beneficiaries (as of 9/30/2019) | 26,175 | 900,740 |
| Number of Enrollees in VA Healthcare System | 131,254 | 9,161,716 |
| Number of Unique Patients Treated | 89,238 | 6,112,562 |

National Center for Veterans Analysis and Statistics, Contact: www.va.gov/vetdata
Sources: VA Veteran Population Projection Model, VA Geographic Distribution of Expenditures,
VA Annual Benefits Report, U.S. Census Bureau, American Community Survey



# Louisiana

| Population Change | Louisiana | Total |
|---|---|---|
| **Veteran Population 2018** | 298K | 20.3M |
| **Veteran Population 2048** | 185K | 12.2M |
| **Annual Percentage Change** | -1.6% | -1.7% |

| Louisiana | | 9/30/2018 | 9/30/2023 | 9/30/2028 | 9/30/2033 | 9/30/2038 | 9/30/2043 | 9/30/2048 |
|---|---|---|---|---|---|---|---|---|
| **Age** | Less than 40 | 53,380 | 44,013 | 38,867 | 36,547 | 35,989 | 35,688 | 35,725 |
| | 40-64 | 122,247 | 114,056 | 105,154 | 93,654 | 81,453 | 74,456 | 65,780 |
| | 65+ | 122,052 | 115,662 | 108,116 | 101,949 | 96,344 | 87,862 | 83,788 |

| Louisiana | | 9/30/2018 | 9/30/2023 | 9/30/2028 | 9/30/2033 | 9/30/2038 | 9/30/2043 | 9/30/2048 |
|---|---|---|---|---|---|---|---|---|
| **Gender** | Male | 264,589 | 239,634 | 217,411 | 197,154 | 178,841 | 163,369 | 151,211 |
| | Female | 33,089 | 34,096 | 34,727 | 34,996 | 34,944 | 34,637 | 34,082 |

| Louisiana | | 9/30/2018 | 9/30/2023 | 9/30/2028 | 9/30/2033 | 9/30/2038 | 9/30/2043 | 9/30/2048 |
|---|---|---|---|---|---|---|---|---|
| **Period of Service** | WWII | 7,512 | 1,734 | 257 | 24 | 1 | 0 | 0 |
| | Korea | 16,366 | 8,392 | 3,069 | 738 | 115 | 11 | 1 |
| | Vietnam | 91,062 | 77,656 | 61,847 | 44,308 | 26,989 | 13,087 | 4,770 |
| | Gulf War | 129,168 | 138,972 | 142,905 | 139,321 | 133,569 | 126,297 | 115,948 |

Note: The total for Period of Service does not equal the total Veteran Population because peace time veterans were excluded

| Louisiana | | 9/30/2018 | 9/30/2023 | 9/30/2028 | 9/30/2033 | 9/30/2038 | 9/30/2043 | 9/30/2048 |
|---|---|---|---|---|---|---|---|---|
| **Race** | White, Not Hispanic | 204,123 | 182,095 | 163,371 | 147,476 | 133,970 | 122,949 | 114,625 |
| | Minority | 93,555 | 91,636 | 88,767 | 84,674 | 79,815 | 75,057 | 70,668 |

Note: Minorities are all races/ethnicities except non-Hispanic White Veterans

## Age Distribution Over Time — Louisiana



National Center for Veterans Analysis and Statistics, Contact: www.va.gov/vetdata
Sources: VA Veteran Population Projection Model, VA Geographic Distribution of Expenditures,
VA Annual Benefits Report, U.S. Census Bureau, American Community Survey