# EXHIBIT E

**TRICARE Reimbursement Manual 6010.61-M, April 1, 2015**
Beneficiary Liability

# Chapter 2                                                    Addendum B

## Pharmacy Benefits Program - Cost-Shares

Revision:    C-43, November 27, 2019

**FIGURE 2.B-1**    **PHARMACY PAYMENT MATRIX - CALENDAR YEAR 2020/2021 COST-SHARES**

| TRICARE Pharmacy (TPharm) Copayments/Cost-Shares in the United States (U.S.) (including Puerto Rico, Guam, the U.S. Virgin Islands, American Samoa, and the Northern Marianna Islands) | | | |
|---|---|---|---|
| | **FORMULARY** | | **NON-FORMULARY** |
| **PLACE OF SERVICE** | **GENERIC (TIER 1)** | **BRAND NAME (TIER 2)** | **(TIER 3)** |
| Military Treatment Facility (MTF)/ Enhanced Multi-Service Market (eMSM) Pharmacy (up to a 90-day supply) | $0 | $0 | Not Applicable |
| TRICARE Mail Order Pharmacy (TMOP) (up to a 90-day supply) | $10 | $29 | $60 |
| TRICARE Retail Pharmacy Network (up to a 30-day supply) | $13 | $33 | $60 |
| Retail Non-Network Pharmacy (up to a 30-day supply)  Note:  Beneficiaries using non-network pharmacies may have to pay the total amount of their prescription first and then file a claim to receive partial reimbursement. | TRICARE Prime: 50% cost-share after Point of Service (POS) deductibles. See Section 2 for deductibles.  For those who are not enrolled in TRICARE Prime: $33 or 20% of total cost, whichever is greater, after annual deductible is met. See Section 2 for deductibles. | | TRICARE Prime: 50% cost-share after POS deductibles. See Section 2 for deductibles.  For those who are not enrolled in TRICARE Prime: $60 or 20% of total cost, whichever is greater, after annual deductible is met. See Section 2 for deductibles. |
| **Note:**  If medical necessity is established for a non-formulary drug, patients may qualify for the $33 copayment for up to a 30-day supply at the retail POS or a $29 copayment for a 90-day supply at the mail POS.  Generic copayments apply to approved Over-the-Counter (OTC) medications at retail network pharmacies and TMOP.  Approved vaccines will be available at participating network retail pharmacies at $0 copayment for beneficiaries eligible to use the TPharm benefit.  Approved medications for smoking cessation will be available at the TMOP for up to a 60-day supply per fill, at $0 copayment. | | | |

**TRICARE Reimbursement Manual 6010.61-M, April 1, 2015**
Chapter 2,   Addendum B
Pharmacy Benefits Program - Cost-Shares

**FIGURE 2.B-2          PHARMACY PAYMENT MATRIX - CALENDAR YEAR 2018/2019 COST-SHARES**

| PLACE OF SERVICE | FORMULARY | | NON-FORMULARY |
|---|---|---|---|
| | GENERIC (TIER 1) | BRAND NAME (TIER 2) | (TIER 3) |
| TRICARE Pharmacy (TPharm) Copayments/Cost-Shares in the United States (U.S.) (including Puerto Rico, Guam, the U.S. Virgin Islands, American Samoa, and the Northern Marianna Islands) | | | |
| **Military Treatment Facility (MTF)/ Enhanced Multi-Service Market (eMSM) Pharmacy** (up to a 90-day supply) | $0 | $0 | Not Applicable |
| **TRICARE Mail Order Pharmacy (TMOP)** (up to a 90-day supply) | $7 | $24 | $53 |
| **TRICARE Retail Pharmacy Network** (up to a 30-day supply) | $11 | $28 | $53 |
| **Retail Non-Network Pharmacy** (up to a 30-day supply)  **Note:** Beneficiaries using non-network pharmacies may have to pay the total amount of their prescription first and then file a claim to receive partial reimbursement. | **TRICARE Prime:** 50% cost-share after Point of Service (POS) deductibles. See Section 2 for deductibles.  **For those who are not enrolled in TRICARE Prime:** $28 or 20% of total cost, whichever is greater, after annual deductible is met. See Section 2 for deductibles. | | **TRICARE Prime:** 50% cost-share after POS deductibles. See Section 2 for deductibles.  **For those who are not enrolled in TRICARE Prime:** $53 or 20% of total cost, whichever is greater, after annual deductible is met. See Section 2 for deductibles. |

**Note:** If medical necessity is established for a non-formulary drug, patients may qualify for the $28 copayment for up to a 30-day supply at the retail POS or a $24 copayment for a 90-day supply at the mail POS.

Generic copayments apply to approved Over-the-Counter (OTC) medications at retail network pharmacies and TMOP.
Approved vaccines will be available at participating network retail pharmacies at $0 copayment for beneficiaries eligible to use the TPharm benefit.
Approved medications for smoking cessation will be available at the TMOP for up to a 60-day supply per fill, at $0 copayment.

**TRICARE Reimbursement Manual 6010.61-M, April 1, 2015**
Chapter 2,  Addendum B
Pharmacy Benefits Program - Cost-Shares

**FIGURE 2.B-3**          **PHARMACY PAYMENT MATRIX - FISCAL YEAR 2017 COST-SHARES**

| | FORMULARY | | NON-FORMULARY |
|---|---|---|---|
| **PLACE OF SERVICE** | **GENERIC (TIER 1)** | **BRAND NAME (TIER 2)** | **(TIER 3)** |
| TRICARE Pharmacy (TPharm) Copayments/Cost-Shares in the United States (U.S.) (including Puerto Rico, Guam, the U.S. Virgin Islands, American Samoa, and the Northern Marianna Islands) | | | |
| **Military Treatment Facility (MTF)/ Enhanced Multi-Service Market (eMSM) Pharmacy** (up to a 90-day supply) | $0 | $0 | Not Applicable |
| **TRICARE Mail Order Pharmacy (TMOP)** (up to a 90-day supply) | $0 | $20 | $49 |
| **TRICARE Retail Pharmacy Network** (up to a 30-day supply) | $10 | $24 | $50 |
| **Retail Non-Network Pharmacy** (up to a 30-day supply) **Note:** Beneficiaries using non-network pharmacies may have to pay the total amount of their prescription first and then file a claim to receive partial reimbursement. | **TRICARE Prime:** 50% cost-share after Point of Service (POS) deductibles. See Section 2, for deductibles. **For those who are not enrolled in TRICARE Prime:** $24 or 20% of total cost, whichever is greater, after annual deductible is met. See Section 2, for deductibles. | | **TRICARE Prime:** 50% cost-share after POS deductibles. See Section 2, for deductibles. **For those who are not enrolled in TRICARE Prime:** $50 or 20% of total cost, whichever is greater, after annual deductible is met. See Section 2, for deductibles. |
| **Note:** If medical necessity is established for a non-formulary drug, patients may qualify for the $24 copayment for up to a 30-day supply at the retail POS or a $20 copayment for a 90-day supply at the mail POS. Generic copayments apply to approved Over-the-Counter (OTC) medications at retail network pharmacies and TMOP. Approved vaccines will be available at participating network retail pharmacies at $0 copayment for beneficiaries eligible to use the TPharm benefit. Approved medications for smoking cessation will be available at the TMOP for up to a 60-day supply per fill, at $0 copayment. | | | |

- END -