**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| THE STATE OF LOUISIANA | * | CIVIL ACTION NO.: 3:23-cv-00302- |
| | * | JWD-SDJ |
| PLAINTIFF | * | |
| VERSUS | * | JUDGE: John W. deGravelles |
| | * | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | * | |
| | * | MAGISTRATE JUDGE: Scott D. Johnson |
| DEFENDANTS | * | |
| | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Express Scripts Administrators, LLC d/b/a Express Scripts discloses that it is a non-governmental corporate party, and that all parent companies, subsidiaries, and affiliates that have issued shares to the public are listed here:

- The Cigna Group

No other affiliated persons or entities are financially interested in the outcome of the case. This the 19th day of April, 2023.

Respectfully submitted,

/s/: Keith W. McDaniel
Keith W. McDaniel (Bar No. 17992)
McCRANIE SISTRUNK ANZELMO HARDY
McDANIEL & WELCH LLC
195 Greenbriar Blvd, Suite 200
Covington, LA 70433
Tel: (504) 846-8330
Fax: (800) 977-8810
Email: kmcdaniel@mcsalaw.com

-and-

Jason R. Scherr*
Patrick A. Harvey*

1

Lindsey Levy*
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739-3001

*Attorneys for Express Scripts Administrators, LLC d/b/a/ Express Scripts*

*motion to appear as visiting co-counsel under Local Civil Rule 83(b)(8) forthcoming

## CERTIFICATE OF SERVICE

I, Keith W. McDaniel, hereby certify that on April 19, 2023, I caused a true and correct copy of the foregoing to be emailed to attorneys for Plaintiff at:

Nicholas J. Diez
Matthew P. Stafford
Medicaid Fraud Control Unit
Michael Dupree
Public Protection Division
1885 North 3rd Street, 4th Floor
Baton Rouge, LA 70802
Tel: (225) 326-6400
diezn@ag.louisiana.gov
staffordm@ag.louisiana.gov
dupreem@ag.louisiana.gov
*Attorneys for Plaintiff*

*/s/: Keith W. McDaniel*
Keith W. McDaniel