# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA | CIVIL ACTION |
| versus | |
| SANOFI-AVENTIS U.S. LLC; NOVO NORDISK, INC.; CAREMARKPCS HEALTH, LLC; EXPRESS SCRIPTS ADMINISTRATORS, LLC d/b/a EXPRESS SCRIPTS; CVS HEALTH CORP; AND OPTUMRX, INC. | NO. 3:23-cv-00302-JWD-SDJ  JUDGE: JOHN W. DEGRAVELLES  MAGISTRATE JUDGE: SCOTT D. JOHNSON |

## NOTICE TO ADVERSE PARTIES OF REMOVAL

To the State of Louisiana:

Through its attorneys of record:

Nicholas J. Diaz
Matthew P. Stafford
Medicaid Fraud Control Unit
Michael Dupree
Public Protection Division
1885 North 3rd Street, 4th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6400
Facsimile: (225) 326-6499
diezn@ag.louisiana.gov
staffordm@ag.louisiana.gov
dupreem@ag.louisiana.gov

Please take notice that on the 19th day of April, 2023, Defendant CaremarkPCS Health, L.L.C. filed a Supplemental Notice of Removal of the captioned case from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana to the United States District Court for the Middle District of Louisiana. The Notice to the 19th Judicial District Court for the Parish of East Baton Rouge of the Supplemental Notice of Removal is attached as Exhibit 1.

6070731

Respectfully submitted,

/s/ James A. Brown
James A. Brown (Bar #14101)
Melanie Derefinko (Bar # 37658)
Courtney Harper Turkington (Bar # 38255)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108
jabrown@liskow.com
mderefinko@liskow.com
chturkington@liskow.com

***Attorneys for CaremarkPCS Health, L.L.C. and CVS Health Corp.***

OF COUNSEL:

Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Daniel Dockery
**WILLIAMS AND CONNOLLY LLP**
680 Maine Avenue S.W. Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
ddockery@wc.com

6070731

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of April, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document with exhibits and notice of electronic filing to the attorneys of record for the parties.

/s/ James A. Brown

6070731