# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

State of Louisiana
Plaintiff

v.

Sanofi-Aventis U.S. LLC
Defendant

3:23-cv-00302
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Defendants CaremarkPCS Health, L.L.C. and CVS Health Corporation

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff: State of Louisiana, by and through the Honorable Jeff Landry, Attorney General

Defendants: Sanofi-Aventis U.S. LLC; Sanofi S.A.; Novo Nordisk, Inc.; Novo Nordisk US Commercial Holdings, Inc.; Novo Nordisk US Holdings, Inc.; Novo Nordisk A/S; CaremarkPCS Health, L.L.C.; Express Scripts Administrators, LLC d/b/a Express Scripts; the Cigna Group; CVS Health Corp; OptumRx, Inc.; UnitedHealth Group Incorporated

Attorneys and Of Counsel: Neal A. Potischman, Andrew Yaphe, Shirlethia V. Franklin, Theresa C. Martin, William D. Coglianese, Jason R. Scherr, Patrick A. Harvey, Lindsey Levy, Keith W. McDaniel, Brian D. Boone, Kelley C. Barnaby, D. Andrew Hatchett, Enu Mainigi, Craig Singer, R. Kennon Poteat III, A. Joshua Podoll, Daniel Dockery, James A. Brown, Melanie Derefinko, Courtney Harper Turkington

| | |
|---|---|
| Date: | 04/19/2023 |
| Signature: | /s/ James A. Brown |
| Print Name: | James A. Brown |
| Bar Number: | 14101 |
| Address: | 701 Poydras Street, Suite 5000 |
| City, State, Zip: | New Orleans, LA 70139-5099 |
| Telephone: | (504) 581-7979 |
| Fax: | (504) 556-4108 |
| E-Mail: | jabrown@liskow.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.