UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA by and through its Attorney General Jeff Landry,**<br><br>Plaintiff,<br><br>v.<br><br>**SANOFI-AVENTIS U.S. LLC, ET AL.**<br><br>Defendants, | **CIVIL ACTION NO. 3:23-cv-00302-JWD-SDJ**<br><br>**JUDGE: John W. deGravelles**<br><br>**MAGISTRATE JUDGE: Scott D. Johnson**<br><br>**JURY TRIAL REQUESTED** |

**PLAINTIFF'S EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL**

Plaintiff the State of Louisiana, by and through its Attorney General Jeff Landry (the "State") respectfully files this motion to enroll the following additional counsel on behalf of the State in the above-captioned matter:

Robert L. Salim, No. 11663
Lisa Causey-Streete, No. 33767
Salim-Beasley LLC
1901 Texas Street
Natchitoches, LA 71457
T: 318-352-5999
F: 318-352-5998
E: skeeter@salim-beasley.com

Jerald P. Block, No. 3151
Block Law Firm, APLC
422 East 1st Street
Post Office Box 108
Thibodaux, LA 70301
T: 985-446-0418
F: 985-446-0422
E: jpb@blocklawfirm.com

John Alden Meade, No. 29975
Meade Young, LLC
400 Poydras Street, Suite 1680

1

New Orleans, Louisiana 70130
T: 504-382-6283
F: 504-717-2846
E: jam@meadeyoung.com

Messrs. Salim, Block, Meade and Mrs. Causey-Streete are members in good standing of the Louisiana State Bar and of this Court. Plaintiff requests that the above additional counsel be provided with the same notice of filings, judgments, and all hearing dates as all counsel in this case.

Respectfully Submitted:

*/s/ Nicholas J. Diez*
Nicholas J. Diez, No. 31701
Matthew P. Stafford, Jr., No. 32706
Medicaid Fraud Control Unit
Mike Dupree, No. 26870
Public Protection Division
Office of the Attorney General, State of Louisiana
1885 North 3rd Street
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6468
Facsimile: (225) 326-6499
diezn@ag.louisiana.gov
staffordm@ag.louisiana.gov
dupreem@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on April 20, 2023. All counsel who are not CM/ECF participants will be served a true and complete copy of the foregoing via First Class Mail.

 */s/ Nicholas J. Diez*