UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA by and through its Attorney General Jeff Landry,**<br><br>Plaintiff,<br><br>v.<br><br>**SANOFI-AVENTIS U.S. LLC, ET AL.**<br><br>Defendants, | **CIVIL ACTION NO. 3:23-cv-00302-JWD-SDJ**<br><br>**JUDGE: John W. deGravelles**<br><br>**MAGISTRATE JUDGE: Scott D. Johnson**<br><br><br>**JURY TRIAL REQUESTED** |

### [PROPOSED] ORDER ENROLLING ADDITIONAL COUNSEL

Considering Plaintiff's Motion to Enroll Additional Counsel, it is hereby ORDERED that the following attorneys be hereby enrolled as additional counsel on behalf of Plaintiff.


Robert L. Salim, No. 11663
Lisa Causey-Streete, No. 33767
Salim-Beasley LLC
1901 Texas Street
Natchitoches, LA  71457
T: 318-352-5999
F: 318-352-5998
E: skeeter@salim-beasley.com
E: lcausey@salim-beasley.com


Jerald P. Block, No. 3151
Block Law Firm, APLC
422 East 1st Street
Post Office Box 108
Thibodaux, LA  70301
T: 985-446-0418
F: 985-446-0422
E: jpb@blocklawfirm.com

1

    John Alden Meade, No. 29975
    Meade Young, LLC
    400 Poydras Street, Suite 1680
    New Orleans, Louisiana 70130
    T: 504-382-6283
    F: 504-717-2846
    E: jam@meadeyoung.com

    **SO ORDERED**, this \_\_\_\_ day of _____, 2023 in Baton Rouge, Louisiana.

    _____
    UNITED STATES DISTRICT JUDGE