UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA by and through its Attorney General Jeff Landry,**<br><br>Plaintiff,<br><br>VERSUS<br><br>**SANOFI-AVENTIS U.S. LLC, ET AL.**<br><br>Defendants. | CIVIL ACTION NO.:<br>3:23-cv-00302-JWD-SDJ<br><br>JUDGE: JOHN W. deGRAVELLES<br><br>MAGISTRATE JUDGE:<br>SCOTT D. JOHNSON |

**CONSENT MOTION FOR EXTENSION OF TIME TO PLEAD**

NOW COMES Defendant Sanofi-Aventis U.S. LLC ("Sanofi") which, pursuant to Local Civil Rule 7 of the Local Rules of the United States District Court for the Middle District of Louisiana, hereby requests an Order granting all Defendants a thirty (30) day extension to file responsive pleadings on or before **May 26, 2023.** Sanofi certifies that this is the first request for an extension of time to plead and that the Plaintiff, the State of Louisiana, has consented to the requested extension. Specifically, on April 7, 2023, the State agreed to confer to all Defendants a thirty-day extension to respond to the Petition. Pursuant to Federal Rule of Civil Procedure 81(c), the defendants' responsive pleadings are otherwise due on April 26, 2023. A thirty-day extension would set the new deadline for responsive pleadings on May 26, 2023.

WHEREFORE, Sanofi requests that its Consent Motion for Extension of Time to Plead be GRANTED, and that the Court issue the accompanying Order extending the deadline for all Defendants to file responsive pleadings to **May 26, 2023.**

*(Signature block on next page.)*

1

Respectfully submitted,

IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC

*/s/ Shannon M. Kippers*
Douglas J. Moore (La. Bar No. 27706)
Kelly Juneau Rookard (La. Bar No. 30573)
Gabrielle C. Broders (La. Bar No. 39821)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
dmoore@irwinllc.com
kjuneau@irwinllc.com
gbroders@irwinllc.com

Matthew W. Bailey (La. Bar No. 21459)
Shannon M. Kippers (La. Bar No. 37738)
450 Laurel Street, Suite 1150
Baton Rouge, Louisiana 70801
Telephone: (225) 615-7150
Fax: (225) 615-7179
mbailey@irwinllc.com
skippers@irwinllc.com

***Counsel for Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2023, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Shannon M. Kippers*
Shannon M. Kippers