**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STATE OF LOUISIANA by and through its Attorney General Jeff Landry,**<br><br>    Plaintiff,<br><br>**VERSUS**<br><br>**SANOFI-AVENTIS U.S. LLC, ET AL.**<br><br>    Defendants. | **CIVIL ACTION NO.:**<br>**3:23-cv-00302-JWD-SDJ**<br><br>**JUDGE: JOHN W. deGRAVELLES**<br><br>**MAGISTRATE JUDGE:**<br>**SCOTT D. JOHNSON** |

## ORDER

Considering the foregoing *Consent Motion for Extension of Time to Plead* filed by Defendant Sanofi-Aventis U.S. LLC ("Sanofi"),

**IT IS ORDERED** that said Motion is **GRANTED,** and that the Defendants shall be allowed an extension of thirty (30) days to file responsive pleadings, thus making the Defendants' responsive pleadings due on or before **May 26, 2023.**

Signed in Baton Rouge, Louisiana on _____ 2023.

_____
**SCOTT D. JOHNSON**
**MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**