## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA by and through its Attorney General Jeff Landry,**<br><br>    Plaintiff,<br><br>**VERSUS**<br><br>**SANOFI-AVENTIS U.S. LLC, ET AL.**<br><br>    Defendants. | CIVIL ACTION NO.:<br>3:23-cv-00302-JWD-SDJ<br><br>JUDGE: JOHN W. deGRAVELLES<br><br>MAGISTRATE JUDGE:<br>SCOTT D. JOHNSON |

## CERTIFICATE OF INTERESTED PERSONS

Defendant Sanofi-Aventis U.S. LLC ("Sanofi"), through undersigned counsel, hereby submits the following information pursuant to Local Civil Rule 7.1 of the Local Rules for the United States District Court for the Middle District of Louisiana and Federal Rule of Civil Procedure 7.1(a):

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Sanofi S.A., a French corporation organized under the laws of France.

        Respectfully submitted,

        IRWIN FRITCHIE URQUHART MOORE &
        DANIELS LLC

        */s/ Shannon M. Kippers*
        Douglas J. Moore (La. Bar No. 27706)
        Kelly Juneau Rookard (La. Bar No. 30573)
        Gabrielle C. Broders (La. Bar No. 39821)

400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
dmoore@irwinllc.com
kjuneau@irwinllc.com
gbroders@irwinllc.com

Matthew W. Bailey (La. Bar No. 21459)
Shannon M. Kippers (La. Bar No. 37738)
450 Laurel Street, Suite 1150
Baton Rouge, Louisiana 70801
Telephone: (225) 615-7150
Fax: (225) 615-7179
mbailey@irwinllc.com
skippers@irwinllc.com

***Counsel for Sanofi-Aventis U.S. LLC***

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2023, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Shannon M. Kippers*
Shannon M. Kippers