UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE OF LOUISIANA | * | No. 3:23-cv-00302-JWD-SDJ |
| VERSUS | * | JUDGE: JOHN W. DeGRAVELLES |
| SANOFI-AVENTIS U.S. LLC *et al.* | * | MAG. JUDGE: SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## OATH ON ADMISSION

I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Respectfully submitted this 26 day of April, 2023.

_____
Jason R. Scherr



EXHIBIT C