UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE OF LOUISIANA | * | No. 3:23-cv-00302-JWD-SDJ |
| VERSUS | * | JUDGE: JOHN W. DeGRAVELLES |
| SANOFI-AVENTIS U.S. LLC *et al.* | * | MAG. JUDGE: SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF LINDSEY T. LEVY
### IN SUPPORT OF *PRO HAC VICE* ADMISSION

PETITIONER, Lindsey T. Levy, hereby requests permission to appear *pro hac vice* in the subject case filed in the United States District Court for the Middle District of Louisiana. Pursuant to 28 U.S.C. § 1746 and in accordance with Local Rule 83, Petitioner states under penalty of perjury as follows:

1. I am an attorney licensed to practice in the District of Columbia and am an attorney at Morgan, Lewis & Bockius, LLP.

2. I was admitted to practice in the District of Columbia on September 8, 2017, and remain a member in good standing of the District of Columbia Bar (Bar No. 1048367). *See* Certificate of Good Standing attached as Exhibit 1.

3. No disciplinary proceedings or criminal charges are currently pending against me as a member of the Bar in any jurisdiction, nor have I been the subject of any disciplinary sanction or criminal investigation as a member of the Bar in my jurisdiction.

4. I submit this Declaration in support of my application to appear before this Court *pro hac vice* as counsel for Defendant, Express Scripts Administrators, LLC d/b/a Express Scripts, in the above-captioned case.



EXHIBIT A

5. In accordance with Local Rules for the United States District Court, Middle District of Louisiana, Lauren A. Welch and Keith W. McDaniel of McCranie Sistrunk Anzelmo Hardy McDaniel & Welch LLC, are appointed as local counsel.

6. I am familiar with the Local Rules for United States District Court, Middle District of Louisiana governing the conduct of the members of the Bar, and I am willing at all times to abide by and comply with the same during the pendency of this litigation.

7. Accordingly, I respectfully request that this Court enter an Order permitting me to appear and participate as co-counsel for Defendant in the above-captioned case.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 25, 2023

*Lindsey Titus Levy*
Lindsey T. Levy
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004
(202) 739-3000 (p)
(202) 739-3001 (f)
lindsey.levy@morganlewis.com