UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA by and through its Attorney General Jeff Landry,** | * CIVIL ACTION NO.: 3:23-cv-00302-BAJ-SDJ |
| | * |
| | * JUDGE: Brian A. Jackson |
| **PLAINTIFF** | * |
| **VERSUS** | * MAGISTRATE JUDGE: Scott D. Johnson |
| | * |
| **SANOFI-AVENTIS U.S. LLC, ET AL.,** | * JURY TRIAL REQUESTED |
| | * |
| **DEFENDANTS** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant, Express Scripts Administrators, LLC d/b/a Express Scripts, through undersigned counsel, Keith W. McDaniel, a member in good standing of the Bar of this Court, respectfully requests that the following attorney be granted permission to appear and participate *pro hac vice* as co-counsel for Defendant in this case:

Patrick A. Harvey
DC Bar No. 995570
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC  20004
(202) 739-3000 (p)
(202) 739-3001 (f)
patrick.harvey@morganlewis.com

As required by Local Rule 83, attached to this motion are: (i) Declaration of Mr. Harvey as Exhibit A; (ii) Certificate of Good Standing from the District of Columbia Court of Appeals as Exhibit B; and (iii) Oath on Admission by Mr. Harvey as Exhibit C.

WHEREFORE, Keith W. McDaniel, moves this Court to enter an Order granting the admission *pro hac vice* of Patrick A. Harvey to appear on behalf of Defendant, for all purposes

relating to the proceedings in the above-styled matter and directing the Clerk to provide notice or electronic filings to Patrick A. Harvey.

Respectfully submitted,

/s/: Keith W. McDaniel
Keith W. McDaniel (Bar No. 17992)
**MCCRANIE SISTRUNK ANZELMO HARDY MCDANIEL & WELCH LLC**
195 Greenbriar Blvd, Suite 200
Covington, LA 70433
Tel: (504) 846-8330
Fax: (800) 977-8810
Email: kmcdaniel@mcsalaw.com

## CERTIFICATE OF SERVICE

I, Keith W. McDaniel, hereby certify that on April 26, 2023 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Notice of this filing will also be sent to Patrick A. Harvey via electronic mail to patrick.harvey@morganlewis.com.

/s/: Keith W. McDaniel
Keith W. McDaniel
