UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE OF LOUISIANA | * | No. 3:23-cv-00302-JWD-SDJ |
| VERSUS | * | JUDGE: JOHN W. DeGRAVELLES |
| SANOFI-AVENTIS U.S. LLC *et al.* | * | MAG. JUDGE: SCOTT D. JOHNSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF PATRICK A. HARVEY
### IN SUPPORT OF *PRO HAC VICE* ADMISSION

PETITIONER, Patrick A. Harvey, hereby requests permission to appear *pro hac vice* in the subject case filed in the United States District Court for the Middle District of Louisiana. Pursuant to 28 U.S.C. § 1746 and in accordance with Local Rule 83, Petitioner states under penalty of perjury as follows:

1. I am an attorney licensed to practice in the District of Columbia and am an attorney at Morgan, Lewis & Bockius, LLP.

2. I was admitted to practice in the District of Columbia on July 9, 2010 and remain a member in good standing of the District of Columbia Bar (Bar No. 995570). *See* Certificate of Good Standing attached as Exhibit 1.

3. No disciplinary proceedings or criminal charges are currently pending against me as a member of the Bar in any jurisdiction, nor have I been the subject of any disciplinary sanction or criminal investigation as a member of the Bar in my jurisdiction.

4. I submit this Declaration in support of my application to appear before this Court *pro hac vice* as counsel for Defendant, Express Scripts Administrators, LLC d/b/a Express Scripts, in the above-captioned case.



EXHIBIT A

5.In accordance with Local Rules for the United States District Court, Middle District of Louisiana, Lauren A. Welch and Keith W. McDaniel of McCranie Sistrunk Anzelmo Hardy McDaniel & Welch LLC, are appointed as local counsel.

6.I am familiar with the Local Rules for United States District Court, Middle District of Louisiana governing the conduct of the members of the Bar, and I am willing at all times to abide by and comply with the same during the pendency of this litigation.

7.Accordingly, I respectfully request that this Court enter an Order permitting me to appear and participate as co-counsel for Defendant in the above-captioned case.

8.I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 25, 2023

_____
Patrick A. Harvey
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004
(202) 739-3000 (p)
(202) 739-3001 (f)
patrick.harvey@morganlewis.com