**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE STATE OF LOUISIANA by and through its Attorney General Jeff Landry,** | * * * | **CIVIL ACTION NO.: 3:23-cv-00302-BAJ-SDJ** |
| | * | **JUDGE: Brian A. Jackson** |
| **PLAINTIFF** | * * | |
| **VERSUS** | * * | **MAGISTRATE JUDGE: Scott D. Johnson** |
| **SANOFI-AVENTIS U.S. LLC, ET AL.,** | * * | **JURY TRIAL REQUESTED** |
| **DEFENDANTS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED that PATRICK A. HARVEY be and is hereby allowed to appear and participate as counsel in this case of action.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE