UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA by and through its Attorney General Jeff Landry,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.<br><br>Defendants, | CIVIL ACTION NO. 3:23-cv-00302-BAJ-SDJ<br><br>JUDGE: Brian A. Jackson<br><br>MAGISTRATE JUDGE: Scott D. Johnson<br><br>JURY TRIAL REQUESTED |

**PLAINTIFF'S EX PARTE / CONSENT MOTION TO EXCEED PAGE LIMITATION**

Plaintiff the State of Louisiana, by and through its Attorney General Jeff Landry (the "State") respectfully files this motion for leave to exceed the twenty-five (25) page limitation contained in Local Civil Rule 7(g) in its memorandum in support of its forthcoming motion to remand this case to state court.

In support of this motion, the State notes that two defendants have filed notices of removal in this case: Express Scripts Administrators, LLC d/b/a Express Scripts, and CaremarkPCS Health LLC. Ordinarily, the State would be allowed to respond to each with up to a twenty-five (25) page memorandum, for a total of fifty (50) pages. Instead, the State proposes to file a single consolidated memorandum, limited to forty (40) pages. This is a reduction of ten (10) pages in total, but the single memorandum would exceed the ordinary twenty-five (25) page limit. The State has also reached out to all enrolled counsel for the defendants, who have confirmed they have no objection to this motion.

Wherefore, the State respectfully moves for leave to file a single, consolidated memorandum in support of its upcoming motion to remand, limited to forty (40) pages.

Respectfully Submitted:

*/s/ John Alden Meade*

| | |
|---|---|
| John Alden Meade, No. 29975 | Robert L. Salim, No. 11663 |
| Meade Young, LLC | Lisa Causey-Streete, No. 33767 |
| 400 Poydras Street, Suite 1680 | Salim-Beasley LLC |
| New Orleans, Louisiana 70130 | 1901 Texas Street |
| T: 504-382-6283 | Natchitoches, LA 71457 |
| F: 504-717-2846 | T: 318-352-5999 |
| E: jam@meadeyoung.com | F: 318-352-5998 |
| | E: skeeter@salim-beasley.com |
| Nicholas J. Diez, No. 31701 | |
| Matthew P. Stafford, Jr., No. 32706 | Jerald P. Block, No. 3151 |
| Medicaid Fraud Control Unit | Block Law Firm, APLC |
| Mike Dupree, No. 26870 | 422 East 1st Street |
| Public Protection Division | Post Office Box 108 |
| Office of the Attorney General, State of Louisiana | Thibodaux, LA 70301 |
| 1885 North 3rd Street | T: 985-446-0418 |
| Baton Rouge, Louisiana 70802 | F: 985-446-0422 |
| Telephone: (225) 326-6468 | E: jpb@blocklawfirm.com |
| Facsimile: (225) 326-6499 | |
| diezn@ag.louisiana.gov | |
| staffordm@ag.louisiana.gov | |
| dupreem@ag.louisiana.gov | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on May 12, 2023. All counsel who are not CM/ECF participants will be served a true and complete copy of the foregoing via First Class Mail.

*/s/ John Alden Meade*