**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STATE OF LOUISIANA by and through its Attorney General Jeff Landry,** | **CIVIL ACTION NO. 3:23-cv-00302-BAJ-SDJ** |
| Plaintiff, | **JUDGE: Brian A. Jackson** |
| v. | **MAGISTRATE JUDGE: Scott D. Johnson** |
| **SANOFI-AVENTIS U.S. LLC, ET AL.** | |
| Defendants, | **JURY TRIAL REQUESTED** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE / CONSENT MOTION TO EXCEED PAGE LIMITATION**

Considering Plaintiff's Ex Parte / Consent Motion to Exceed Page Limitation, it is hereby ORDERED that the Plaintiff may file a single, consolidated memorandum in support of its forthcoming motion to remand, with a limitation of forty (40) pages, as counted pursuant to Local Civil Rule 7(g).

**SO ORDERED**, this _____ day of _____, 2023 in Baton Rouge, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
