**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **STATE OF LOUISIANA** | * | **CIVIL ACTION NO.: 3:23-cv-00302** |
| **VERSUS** | * | **JUDGE: JOHN W. DEGRAVELLES** |
| **SANOFI-AVENTIS U.S., LLC, ET AL** | * | **MAGISTRATE JUDGE: SCOTT D. JOHNSON** |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, come undersigned counsel, pursuant to Local Rule 83(b)(14)(A) and with consent from Robert Salim, current counsel of record for the plaintiff, State of Louisiana, and move this Honorable Court for an Order enrolling attorneys Eulis Simien, Jr. (La. Bar # 12077), Jimmy Simien (La. Bar # 1598), and Roy Bergeron, Jr. (La. Bar # 33726) of the law firm of Simien & Simien, L.L.C., 7908 Wrenwood Boulevard, Baton Rouge, Louisiana 70809; telephone number (225) 932-9221; facsimile number (225) 932-9286, as additional counsel of record for plaintiff, State of Louisiana. All counsel seeking to enroll are members in good standing of the Louisiana State Bar and of this Court. The plaintiff's current attorneys who are enrolled in the matter will continue to represent the plaintiff in this action along with counsel seeking to enroll in this motion.

WHEREFORE, undersigned counsel pray for an Order from this Court pursuant to Local Rule 83(b)(14)(A) enrolling Eulis Simien, Jr., Jimmy Simien, and Roy Bergeron, Jr. as additional counsel of record for plaintiff.

[*SIGNATURE AND CERTIFICATE ON NEXT PAGE*]

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
(225) 932-9221; (225) 932-9286 (fax)

_____*s/ Roy Bergeron, Jr.*_____

By:     Eulis Simien, Jr., Bar # 12077
        eulissimien@simien.com
        Jimmy Simien, Bar # 1598
        jimmysimien@simien.com
        Roy Bergeron, Jr., Bar # 33726
        roybergeron@simien.com

## CERTIFICATE OF CONSENT TO ENROLL AND CERTIFICATE OF SERVICE

I certify that, pursuant to Local Rule 83(b)(14)(A), I obtained consent from Robert Salim, who is counsel of record for the plaintiff, State of Louisiana, for Eulis Simien, Jr., Jimmy Simien, and Roy Bergeron, Jr. to enroll as additional counsel of record for the plaintiff in this matter.

I further certify that on the 16th day of May, 2023, I presented the foregoing document for filing by uploading same to the CM/ECF system which will send notification of such filing to all counsel of record.

_____*/s/ Roy Bergeron, Jr.*_____
        Roy Bergeron, Jr.