UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** | * | **CIVIL ACTION NO.: 3:23-cv-00302** |
| **VERSUS** | * | **JUDGE: JOHN W. DEGRAVELLES** |
| **SANOFI-AVENTIS U.S., LLC, ET AL** | * | **MAGISTRATE JUDGE: SCOTT D. JOHNSON** |

## ORDER

Considering the "Motion to Enroll as Additional Counsel of Record":

IT IS THE ORDER OF THE COURT that Eulis Simien, Jr. (La. Bar # 12077), Jimmy Simien (La. Bar # 1598), and Roy Bergeron, Jr. (La. Bar # 33726) of the law firm of Simien & Simien, L.L.C., 8908 Wrenwood Boulevard, Baton Rouge, Louisiana 70809; telephone number (225) 932-9221; facsimile number (225) 932-9286 be enrolled as additional counsel of record for plaintiff, State of Louisiana.

Done this ____ day of _____, 2023 at Baton Rouge, Louisiana.

_____
JUDGE SCOTT D. JOHNSON
UNITED STATES DISTRICT JUDGE