UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA <br><br> VERSUS <br><br> SANOFI-AVENTIS U.S. LLC, ET AL. | CIVIL ACTION <br><br> NO. 3:23-cv-00302-BAJ-SDJ <br><br> JUDGE: BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE: <br> SCOTT D. JOHNSON |

**SECOND CONSENT MOTION FOR EXTENSION OF TIME TO PLEAD**

NOW COMES Defendant Sanofi-Aventis U.S. LLC ("Sanofi") which, pursuant to Local Civil Rule 7 of the Local Rules of the United States District Court for the Middle District of Louisiana, hereby requests an Order granting all Defendants an extension for a period of fourteen (14) days from the date on which the Court issues a ruling on the forthcoming motion to remand to be filed by the Plaintiff, the State of Louisiana ("the State"), to file responsive pleadings. Sanofi certifies that the State has consented to the requested extension.

Pursuant to this Court's Order granting Sanofi's previous *Consent Motion for Extension of Time to Plead* (Rec. Doc. 10), the Defendants' responsive pleadings are currently due on or before May 26, 2023. (Rec. Doc. 16.) The State, having since informed the Defendants that it intends to file a motion to remand this action to state court, has agreed to further extend the responsive pleadings deadline for all Defendants until fourteen days after this Court issues a ruling on the State's forthcoming motion to remand. All Defendants also consent to the requested extension.

WHEREFORE, Sanofi respectfully requests that its Second Consent Motion for Extension of Time to Plead be GRANTED, and that all Defendants be allowed an extension of fourteen (14) days after this Court issues a ruling on the State's forthcoming motion to remand to file responsive pleadings.

Respectfully submitted,

IRWIN FRITCHIE URQUHART MOORE &
DANIELS LLC

*/s/ Shannon M. Kippers*
Douglas J. Moore (La. Bar No. 27706)
Kelly Juneau Rookard (La. Bar No. 30573)
Gabrielle C. Broders 9La. Bar No. 39821)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
dmoore@irwinllc.com
kjuneau@irwinllc.com
gbroders@irwinllc.com

Matthew W. Bailey (La. Bar No. 21459)
Shannon M. Kippers (La. Bar No. 37738)
450 Laurel Street, Suite 1150
Baton Rouge, Louisiana 70801
Telephone: (225) 615-7150
Fax: (225) 615-7179
mbailey@irwinllc.com
skippers@irwinllc.com

***Counsel for Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2023, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Shannon M. Kippers*
Shannon M. Kippers