**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE STATE OF LOUISIANA**<br><br>**VERSUS**<br><br>**SANOFI-AVENTIS U.S. LLC, ET AL.** | **CIVIL ACTION**<br><br>**NO. 3:23-cv-00302-BAJ-SDJ**<br><br>**JUDGE: BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**SCOTT D. JOHNSON** |

**ORDER**

Considering the foregoing *Second Consent Motion for Extension of Time to Plead* filed by Defendant Sanofi-Aventis U.S. LLC ("Sanofi"),

**IT IS ORDERED** that said Motion is **GRANTED,** and that Defendants shall be allowed an extension of fourteen (14) days from the date on which this Court issues a ruling on the Plaintiff the State of Louisiana's forthcoming motion to remand to file responsive pleadings.

Singed in Baton Rouge, Louisiana on _____, 2023.

**SCOTT D. JOHNSON**
**MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
