UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA | CIVIL ACTION |
| VERSUS | |
| SANOFI-AVENTIS U.S. LLC, ET AL. | NO. 23-302-BAJ-SDJ |

**PLAINTIFF'S MOTION TO REMAND**

Now into Court, through undersigned counsel, come plaintiff, the State of Louisiana, acting by and through its Attorney General Jeff Landry, who hereby submits the following Motion to Remand pursuant to 28 U.S.C. §1447 as follows:

1. Plaintiff, the State of Louisiana, filed this action in the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana, case number C-729791, alleging state law causes of action related to Defendants' conspiracy to raise the price of diabetes medications to unconscionable levels. Two of the defendants – Express Scripts Administrators LLC and CaremarkPCS Health LLC – timely removed pursuant to 28 U.S.C. §1442(a) and §1446, claiming federal officer removal jurisdiction. The State of Louisiana now moves for remand pursuant to 28 U.S.C. § 1446 because each of the removing defendants failed to carry its burden to show – with evidence – that each of the four requirements for federal-officer removal is met. And sovereign immunity bars removal in any event.

2. The State of Louisiana incorporates hereto the attached Memorandum In Support of Motion to Remand, which fully sets forth the grounds upon which this Motion to Remand should be granted.

3. WHEREFORE, the State of Louisiana prays for relief in the form of an order GRANTING this Motion and REMANDING this case to the 19th Judicial District Court, East Baton Rouge Parish.

**Respectfully submitted,**

**JEFF LANDRY, ATTORNEY GENERAL FOR THE STATE OF LOUISIANA**
Nicholas J. Diez, No. 31701
Matthew P. Stafford, Jr., No. 32706
Medicaid Fraud Control Unit
Mike Dupree, No. 26870
Public Protection Division
Office of the Attorney General, State of Louisiana
1885 North 3rd Street
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6468
Facsimile: (225) 326-6499
diezn@ag.louisiana.gov
staffordm@ag.louisiana.gov
dupreem@ag.louisiana.gov

  ***/s/ John Alden Meade***
John Alden Meade, No. 29975
Meade Young, LLC
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
T: 504-382-6283
F: 504-717-2846
E: jam@meadeyoung.com

Robert L. Salim, No. 11663
Lisa Causey-Streete, No. 33767
Salim-Beasley LLC
1901 Texas Street
Natchitoches, LA  71457
T: 318-352-5999
F: 318-352-5998
E: skeeter@salim-beasley.com
E: lcausey@salim-beasley.com

Jerald P. Block, No. 3151
Block Law Firm, APLC
422 East 1st Street
Post Office Box 108
Thibodaux, LA  70301
T: 985-446-0418
F: 985-446-0422
E: jpb@blocklawfirm.com

          Eulis Simien, Jr., No. 12077
          Jimmy Simien, No. 1598
          Roy Bergeron, Jr., No. 33726
          Simien & Simien, L.L.C.
          7908 Wrenwood Boulevard
          Baton Rouge, Louisiana 70809
          T: 225-932-9221
          F: 225-932-9286
          E: eulissimien@simien.com
          E: jimmysimien@simien.com
          E: roybergeron@simien.com

          *Attorneys for Plaintiff State of Louisiana*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of May, 2023, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

          ___*/s/ John Alden Meade*___
              John Alden Meade