UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA | CIVIL ACTION |
| VERSUS | |
| SANOFI-AVENTIS U.S. LLC, ET AL. | NO. 23-302-BAJ-SDJ |

**[PROPOSED] ORDER**

Considering the Motion to Remand filed by plaintiff the State of Louisiana, acting by and through its Attorney General Jeff Landry, as well as the relevant law and the memoranda submitted by the parties:

**IT IS HEREBY ORDERED** that the State of Louisiana's Motion to Remand is **GRANTED** and this case is hereby **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

_____
**Judge, USDC, M.D. La.**