UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA | CIVIL ACTION |
| VERSUS | |
| SANOFI-AVENTIS U.S. LLC, ET AL. | NO. 23-302-BAJ-SDJ |

**CERTIFICATE OF INTERESTED PERSONS**

Plaintiff the State of Louisiana, through undersigned counsel, hereby states pursuant to Local Civil Rule 7.1 of the Local Rules for the United States District Court for the Middle District of Louisiana and Federal Rule of Procedure 7.1(a) that there no persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities to identify that are financially interested in the outcome of this case.

**Respectfully submitted,**

**JEFF LANDRY, ATTORNEY GENERAL FOR THE STATE OF LOUISIANA**
Nicholas J. Diez, No. 31701
Matthew P. Stafford, Jr., No. 32706
Medicaid Fraud Control Unit
Mike Dupree, No. 26870
Public Protection Division
Office of the Attorney General, State of Louisiana
1885 North 3rd Street
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6468
Facsimile: (225) 326-6499
diezn@ag.louisiana.gov
staffordm@ag.louisiana.gov
dupreem@ag.louisiana.gov

   */s/ John Alden Meade*
John Alden Meade, No. 29975
Meade Young, LLC
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
T: 504-382-6283

1

        F: 504-717-2846
        E: jam@meadeyoung.com

        Robert L. Salim, No. 11663
        Lisa Causey-Streete, No. 33767
        Salim-Beasley LLC
        1901 Texas Street
        Natchitoches, LA  71457
        T: 318-352-5999
        F: 318-352-5998
        E: skeeter@salim-beasley.com
        E: lcausey@salim-beasley.com

        Jerald P. Block, No. 3151
        Block Law Firm, APLC
        422 East 1st Street
        Post Office Box 108
        Thibodaux, LA  70301
        T: 985-446-0418
        F: 985-446-0422
        E: jpb@blocklawfirm.com

        Eulis Simien, Jr., No. 12077
        Jimmy Simien, No. 1598
        Roy Bergeron, Jr., No. 33726
        Simien & Simien, L.L.C.
        7908 Wrenwood Boulevard
        Baton Rouge, Louisiana 70809
        T: 225-932-9221
        F: 225-932-9286
        E: eulissimien@simien.com
        E: jimmysimien@simien.com
        E: roybergeron@simien.com

        *Attorneys for Plaintiff State of Louisiana*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 19th day of May, 2023, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

          */s/ John Alden Meade*
            John Alden Meade