# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE OF LOUISIANA, | * * * | CIVIL ACTION NO. 3:23-cv-00302-BAJ-SDJ |
| Plaintiff, | * | |
| versus | * * | JUDGE: BRIAN A. JACKSON |
| SANOFI-AVENTIS U.S. LLC, et al. | * * | MAGISTRATE JUDGE: SCOTT D. JOHNSON |
| Defendants | * * * | |

**WRITTEN OATH FOR *PRO HAC VICE* ADMISSION**

I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do further solemnly swear that there have been no disciplinary proceedings or criminal charges instituted against me.

_____
Enu A. Mainigi

DISTRICT OF COLUMBIA

Before me, the undersigned authority, personally came and appeared, to me personally known, who, being first duly sworn, did depose and say that the above and foregoing statements and declarations were made by him and that they are true and correct.

Sworn to and subscribed before me, this the 17th day of May, 2023.

_____
Notary Public