UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA,** | * | CIVIL ACTION NO. 3:23-cv-00302-BAJ-SDJ |
| Plaintiff, | * | |
| versus | * | JUDGE: BRIAN A. JACKSON |
| **SANOFI-AVENTIS U.S. LLC, et al.** | * | MAGISTRATE JUDGE: SCOTT D. JOHNSON |
| Defendants | * | |

## ORDER

Considering the foregoing Motion for Admission of Counsel to Appear *Pro Hac Vice*:

IT IS ORDERED that **Enu A. Mainigi** of the law firm Williams & Connolly, LLP, be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of CaremarkPCS Health, L.L.C. and CVS Health Corporation in the above-described action.

SIGNED this _____ day of _____, 2023 at Baton Rouge, Louisiana

---

**HON. SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**