UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA,** | * * * | **CIVIL ACTION NO. 3:23-cv-00302-BAJ-SDJ** |
| Plaintiff, | * | |
| versus | * * | **JUDGE: BRIAN A. JACKSON** |
| **SANOFI-AVENTIS U.S. LLC, et al.** | * * | **MAGISTRATE JUDGE: SCOTT D. JOHNSON** |
| Defendants | * * * | |

**MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE***

NOW INTO COURT, comes James A. Brown, a member in good standing of the bar of this Court and of the bar of the State of Louisiana, and as counsel herein for Defendants CaremarkPCS Health, L.L.C. and CVS Health Corporation (the "CVS Caremark Defendants"), to move this Court pursuant to Local Rule 83(b)(8) for permission to allow Alexander Gazikas ("Mr. Gazikas") to appear *pro hac vice* in the above-captioned case and to act as counsel for the CVS Caremark Defendants, and respectfully submits the following:

1.  Mr. Gazikas is an attorney with the law firm of Williams & Connolly, LLP, with offices at 680 Maine Avenue, S.W., Washington, D.C. 20024, Telephone 202-434-5000, Facsimile 202-434-5029, agazikas@wc.com.

2.  Mr. Gazikas is a member in good standing of the Bar of the District of Columbia and is admitted to practice in the following courts: United States Supreme Court, and the United States Court of Appeals for the Third, Sixth, and Eleventh Circuits.

3.  Attached as <u>Exhibit A</u> is an original Certificate of Good Standing from the District of Columbia Court of Appeals indicating Mr. Gazikas's good standing in that court.

4. There have been no disciplinary proceeding or criminal charges instituted against Mr. Gazikas. Attached as <u>Exhibit B</u> is Mr. Gazikas's Written Oath for *Pro Hac Vice* Admission.

5. Payment of Mr. Gazikas's $100 fee is being made along with the filing of this Motion.

6. In accordance with the local rules for the United States District Court for the Middle District of Louisiana, James A. Brown, of the firm of Liskow & Lewis, is appointed as local counsel.

7. Mr. Gazikas authorizes the Clerk of Court for the Middle District of Louisiana to transmit notice of entries of judgments and orders to him under Fed R. Civ. P. 77. He also agrees to receive notice electronically from other parties and the Court via electronic mail. He understands that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on his computer or network will not filter out messages sent from Clerk@lamd.uscourts.gov. He understands this electronic notice will be in lieu of notice by any other means. He understands it is his responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update his electronic mail address within the Court's electronic filing system.

WHEREFORE, James A. Brown, respectfully prays that Alexander Gazikas be permitted to appear *pro hac vice* before this Court in the above captioned case and to act as counsel for CaremarkPCS Health, L.L.C. and CVS Health Corporation.

This 30th day of May, 2023          Respectfully submitted,

/s/ James A. Brown
James A. Brown (Bar # 14101)
Melanie Derefinko (Bar # 37658)
Courtney Harper Turkington (Bar # 38255)
LISKOW & LEWIS
701 Poydras Street, Suite 5000

-3-

                    New Orleans, Louisiana 70139-5099
                    Telephone: (504) 581-7979
                    Facsimile: (504) 556-4108
                    jabrown@liskow.com
                    mderefinko@liskow.com
                    chturkington@liskow.com

***Attorneys for CaremarkPCS Health, L.L.C. and CVS Health Corporation.***

OF COUNSEL:

Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Daniel Dockery
**WILLIAMS AND CONNOLLY LLP**
680 Maine Avenue S.W. Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
ddockery@wc.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 30th day of May, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

                                                                        /s/ James A. Brown