## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA,** | * | **CIVIL ACTION NO. 3:23-cv-00302-BAJ -SDJ** |
| Plaintiff, | * | |
| versus | * | **JUDGE: BRIAN A. JACKSON** |
| SANOFI-AVENTIS U.S. LLC, et al. | * | **MAGISTRATE JUDGE: SCOTT D. JOHNSON** |
| Defendants | * | |

### ORDER

Considering the foregoing Consent Motion for Extension of Time to File Briefing in Opposition to Motion to Remand:

**IT IS HEREBY ORDERED** that the Motion for Extension is **GRANTED**;

**IT IS FURTHER ORDERED** that CaremarkPCS Health, L.L.C. and Express Scripts Administrators, LLC d/b/a Express Scripts shall be granted an extension of fourteen (14) days, through and including June 23, 2023, to file briefing in opposition to Plaintiff's Motion to Remand.

SIGNED this _____ day of June, 2023 at Baton Rouge, Louisiana

_____
**HON. SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

6095467