UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-302-BAJ-SDJ** |
| **SANOFI-AVENTIS U.S., LLC, et al.** | |

## ORDER

Having considered the unopposed Motion for Extension (R. Doc. 33) filed by the Removing Defendants CaremarkPCS Health, L.L.C., and Express Scripts Administrators, LLC,

**IT IS ORDERED** that the Motion for Extension (R. Doc. 33) is **GRANTED**, and the Removing Defendants now have until **June 23, 2023,** to **respond** to the Motion to Remand (R. Doc. 24).

Consistent with the parties' agreement (R. Doc. 33 at 2 n.1), and in the interests of efficiency, the Court additionally **ORDERS** that the State of Louisiana may file a **Reply Memorandum** in support of its Motion to Remand (R. Doc. 24), **without leave** of Court. *See* LR 7(f) (leave to file). Any Reply Memorandum must be filed by **July 14, 2023,** and be limited to **10 pages**. *See* LR 7(g) (page limits).

Signed in Baton Rouge, Louisiana, on June 6, 2023.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**