# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **STATE OF LOUISIANA,** | * | **CIVIL ACTION NO. 3:23-cv-00302-** |
|  | * | **BAJ -SDJ** |
| **Plaintiff,** | * |  |
|  | * |  |
| versus | * | **JUDGE: BRIAN A. JACKSON** |
|  | * |  |
| **SANOFI-AVENTIS U.S. LLC, et al.** | * | **MAGISTRATE JUDGE: SCOTT D.** |
|  | * | **JOHNSON** |
| **Defendants** | * |  |
|  | * |  |

## ORDER

Considering the foregoing Consent Motion for Extension of Time and finding good cause therefor,

**IT IS HEREBY ORDERED** that the Consent Motion for Extension of Time is **GRANTED**;

**IT IS FURTHER ORDERED** that the deadlines and scheduled conferences set forth in the Court's Order (Doc. No. 17) be postponed pending resolution of the Plaintiff's Motion to Remand (Doc. No. 24).

SIGNED this _____ day of July, 2023 at Baton Rouge, Louisiana

_____
**HON. SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

6120040