IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA,<br><br>      *Plaintiff,*<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, *et al.*,<br><br>      *Defendants.* | Civil Action No. 3:23-cv-00302-BAJ-SDJ<br><br>Removed from Case No. C-729791, 19th JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE |

**ORDER**

    Considering the foregoing Motion by CaremarkPCS Health, L.L.C. ("CVS Caremark") for Leave to File 3-Page Supplemental Memorandum in Opposition to Plaintiff State of Louisiana's Motion to Remand,

    **IT IS ORDERED** that CVS Caremark's Motion be and is hereby GRANTED.

    **IT IS FURTHER ORDERED** that CVS Caremark's Supplemental Memorandum in Opposition to Plaintiff State of Louisiana's Motion to Remand, be filed into the record of this case.

    Baton Rouge, Louisiana, this _____ day of July, 2023.

 

                                  **HON. SCOTT D. JOHNSON**
                                  **UNITED STATES MAGISTRATE JUDGE**