IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, <br><br> *Plaintiff,* <br><br> v. <br><br> SANOFI-AVENTIS U.S. LLC, *et al.*, <br><br> *Defendants.* | Civil Action No. 3:23-cv-00302-BAJ-SDJ <br><br> Removed from Case No. C-729791, 19th JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE |

**CAREMARKPCS HEALTH, L.L.C.'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF STATE OF LOUISIANA'S MOTION TO REMAND**

CaremarkPCS Health, L.L.C. ("CVS Caremark") files this Supplemental Memorandum in Opposition to Plaintiff State of Louisiana's Motion to Remand to direct the Court's attention to two remand rulings that were decided after the filing of the last brief served in this case by CVS Caremark: *People v. Eli Lilly & Co., et al*, No. 2:23-cv-01929-SPG-SK, 2023 WL 4269750 (C.D. Cal. June 28, 2023) ("*California*") and *Government of Puerto Rico v. Eli Lilly and Co., et al*, No. 23-1127-JAG (D.P.R. July 13, 2023) ("*Puerto Rico*"). The two rulings are attached hereto as Exhibits 1 and 2, respectively. Because each of those rulings turns solely on a plaintiff's disclaimer of all claims relating to any federal program—and because no such disclaimer exists here—neither decision supports the pending motion to remand before this Court. *See* ECF No. 24. Additionally, even if the California and Puerto Rico decisions were not distinguishable, both are fundamentally flawed and currently are on appeal. For the reasons addressed at greater length in CVS Caremark's opposition, the State's motion should be denied.

*First*, the primary basis for the remand rulings in *California* and *Puerto Rico* does not apply here. In both of those cases, the plaintiff purported to disclaim all claims relating to any federal

programs. The remand orders relied heavily (*Puerto Rico*) or exclusively (*California*) on those disclaimers. *See California*, No. 2:23-cv-01929, ECF No. 1-1, at 10 n.1; *Puerto Rico*, 23-1127, ECF No. 1-1, at 7. The State's complaint here contains no such disclaimer. *California* and *Puerto Rico* are, therefore, inapposite.

*Second*, the California and Puerto Rico decisions are flawed on their own terms. In both instances, the parties disagreed on whether it is possible to separate CVS Caremark's negotiations on behalf of Federal Employee Health Benefit plans from its negotiations on behalf of other payors unaffiliated with the federal government (such that the plaintiff could effectively disclaim conduct that occurred under a federal officer). In both instances, the court resolved that factual dispute in favor of the party seeking remand. But in both the Ninth Circuit and the First Circuit, governing law requires that a court resolve factual disputes in favor of the party seeking removal on federal-officer grounds. The California and Puerto Rico decisions, therefore, are fundamentally flawed. CVS Caremark and Express Scripts both have filed notices of appeal in both jurisdictions.

The California and Puerto Rico remand rulings, in short, are distinguishable and incorrect.

This 14th day of July, 2023

                                Respectfully submitted,

                                */s/ James A. Brown*
                                James A. Brown (Bar # 14101)
                                Melanie Derefinko (Bar # 37658)
                                Courtney Harper Turkington (Bar # 38255)
                                LISKOW & LEWIS
                                701 Poydras Street, Suite 5000
                                New Orleans, Louisiana 70139-5099
                                Telephone: (504) 581-7979
                                Facsimile: (504) 556-4108
                                jabrown@liskow.com
                                mderefinko@liskow.com
                                chturkington@liskow.com

                                Enu Mainigi (*pro hac vice*)

        Craig Singer (*pro hac vice*)
        R. Kennon Poteat III (*pro hac vice*)
        A. Joshua Podoll (*pro hac vice*)
        Alexander Gazikas (*pro hac vice*)
        **WILLIAMS AND CONNOLLY LLP**
        680 Maine Avenue S.W. Washington, DC 20024
        Tel: (202) 434-5000
        Fax: (202) 434-5029
        emainigi@wc.com
        csinger@wc.com
        kpoteat@wc.com
        apodoll@wc.com
        agazikas@wc.com

        ***Attorneys for CaremarkPCS Health, L.L.C. and CVS Health Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

                                            */s/ James A. Brown*