**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE STATE OF LOUISIANA** | **CIVIL ACTION** |
| **VERSUS** | |
| **SANOFI-AVENTIS U.S. LLC, ET AL.** | **NO. 23-302-BAJ-SDJ** |

**PLAINTIFF STATE OF LOUISIANA'S EXHIBIT LIST IN CONNECTION WITH REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND**

EXHIBIT A: Order Granting Plaintiff's Motion to Remand, *The People of the State of California v. Eli Lilly and Company, et al.*, Case No. 2:23-cv-01929-SPG-SK, ECF 109, June 28, 2023.