UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, by and through its Attorney General Jeff Landry,<br><br>Plaintiff,<br><br>VERSUS<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.<br><br>Defendants. | CIVIL ACTION NO.:<br>3:23-cv-00302-JWD-SDJ<br><br>JUDGE: BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE:<br>SCOTT D. JOHNSON |

## DECLARATION OF MELISSA LIM PATTERSON IN SUPPORT OF *PRO HAC VICE* ADMISSION

PETITIONER, Melissa Lim Patterson, hereby requests permission to appear *pro hac vice* in the subject case filed in the United States District Court for the Middle District of Louisiana. Pursuant to 28 U.S.C. § 1746 and in accordance with Local Rule 83, Petitioner states under penalty of perjury as follows:

1. I am an attorney licensed to practice in the District of Columbia and am an attorney at the law firm Jones Day.

2. I was admitted to practice in the District of Columbia on October 6, 2014, and remain a member in good standing of the District of Columbia Bar (Bar No. 1022821). *See* Certificate of Good Standing attached as Exhibit 1.

3. No disciplinary proceedings or criminal charges are currently pending against me as a member of the Bar in any jurisdiction, nor have I been the subject of any disciplinary sanction or criminal investigation as a member of the Bar in my jurisdiction.

4. I submit this Declaration in support of my application to appear before this Court *pro hac vice* as counsel for Defendant Sanofi-Aventis U.S. LLC in the above-captioned case.

5.      In accordance with Local Rules for the United States District Court, Middle District of Louisiana, Douglas J. Moore of Irwin Fritchie Urquhart Moore & Daniels LLC, is appointed as local counsel.

6.      I am familiar with the Local Rules for United States District Court, Middle District of Louisiana governing the conduct of the members of the Bar, and I am willing at all times to abide by and comply with the same during the pendency of this litigation.

7.      Accordingly, I respectfully request that this Court enter an Order permitting me to appear and participate as co-counsel for Defendant in the above-captioned case.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 17, 2023

Melissa Lim Patterson
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
T: 202-879-3939
F: 202-646-1700
mlim@jonesday.com



Columbia
Signed and sworn to (or affirmed) before me on
7/14 2023 by Melissa Lim Patterson
Date       Name(s) of Individual(s) making statement
Jean M Parker
Signature of Notarial Officer
Notary Public
Title of Office
My commission expires: 14 July 2027

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, by and through its Attorney General Jeff Landry, <br><br> Plaintiff, <br><br> VERSUS <br><br> SANOFI-AVENTIS U.S. LLC, ET AL. <br><br> Defendants. | CIVIL ACTION NO.: <br> 3:23-cv-00302-JWD-SDJ <br><br> JUDGE: BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE: <br> SCOTT D. JOHNSON |

### OATH ON ADMISSION

I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Respectfully submitted this 17th day of July, 2023.

*/s/ Melissa Lim Patterson*

Melissa Lim Patterson

District of Columbia
Signed and sworn to (or affirmed) before me on
17 July 2023 by Melissa Lim Patterson
Date — Name(s) of Individual(s) making statement

Jeane M. Parker
Signature of Notarial Officer

Notary Public
Title of Office
My commission expires: 14 July 2027

[Notary Seal: JEANE M. PARKER, NOTARY PUBLIC, EXP. 7-14-27, DISTRICT OF COLUMBIA]