UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, by and through its Attorney General Jeff Landry,<br><br>    Plaintiff,<br><br>VERSUS<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.<br><br>    Defendants. | CIVIL ACTION NO.:<br>3:23-cv-00302-JWD-SDJ<br><br>JUDGE: BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE:<br>SCOTT D. JOHNSON |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Melissa Lim Patterson be and is hereby allowed to appear and participate as counsel in this case of action.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**