UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, by and through its Attorney General Jeff Landry,<br><br>      Plaintiff,<br><br>VERSUS<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.<br><br>      Defendants. | CIVIL ACTION NO.:<br>3:23-cv-00302-JWD-SDJ<br><br>JUDGE: BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE:<br>SCOTT D. JOHNSON |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant Sanofi-Aventis U.S. LLC ("Sanofi"), through undersigned counsel, Douglas J. Moore, a member in good standing of the Bar of this Court, respectfully requests that the following attorney be granted permission to appear and participate *pro hac vice* as co-counsel for Defendant in this case:

   William D. Coglianese
   **JONES DAY**
   51 Louisiana Avenue NW
   Washington, DC 20001
   T: 202-879-3939
   F: 202-646-1700
   wcoglianese@jonesday.com

As required by Local Rule 83, attached to this motion are: (i) Mr. Coglianese's signed Declaration and Oath on Admission (Exhibit A); (ii) a Certificate of Good Standing from the District of Columbia Court of Appeals (Exhibit B); and (iii) a proposed order (Exhibit C).

WHEREFORE, Douglas J. Moore, moves this Court to enter an Order granting the admission *pro hac vice* of Mr. Coglianese to appear on behalf of Defendant Sanofi, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide

notice or electronic filings to William D. Coglianese.

                                                  Respectfully submitted,\

**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
Email: dmoore@irwinllc.com

## CERTIFICATE OF SERVICE

I, Douglas J. Moore, hereby certify that on July 19, 2023 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Notice of this filing will also be sent to William D. Coglianese via electronic mail to wcoglianese@jonesday.com.

                                            */s/ Douglas J. Moore*
                                            Douglas J. Moore