UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, by and through its Attorney General Jeff Landry,<br><br>　　　Plaintiff,<br><br>VERSUS<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.<br><br>　　　Defendants. | CIVIL ACTION NO.:<br>3:23-cv-00302-JWD-SDJ<br><br>JUDGE: BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE:<br>SCOTT D. JOHNSON |

## DECLARATION OF WILLIAM D. COGLIANESE IN SUPPORT OF *PRO HAC VICE* ADMISSION

PETITIONER, William D. Coglianese, hereby requests permission to appear *pro hac vice* in the subject case filed in the United States District Court for the Middle District of Louisiana. Pursuant to 28 U.S.C. § 1746 and in accordance with Local Rule 83, Petitioner states under penalty of perjury as follows:

　　1.　　I am an attorney licensed to practice in the District of Columbia and am an attorney at the law firm Jones Day.

　　2.　　I was admitted to practice in the District of Columbia on March 9, 2012, and remain a member in good standing of the District of Columbia Bar (Bar No. 1006505). *See* Certificate of Good Standing attached as Exhibit 1.

　　3.　　No disciplinary proceedings or criminal charges are currently pending against me as a member of the Bar in any jurisdiction, nor have I been the subject of any disciplinary sanction or criminal investigation as a member of the Bar in my jurisdiction.

　　4.　　I submit this Declaration in support of my application to appear before this Court *pro hac vice* as counsel for Defendant Sanofi-Aventis U.S. LLC in the above-captioned case.

5. In accordance with Local Rules for the United States District Court, Middle District of Louisiana, Douglas J. Moore of Irwin Fritchie Urquhart Moore & Daniels LLC, is appointed as local counsel.

6. I am familiar with the Local Rules for United States District Court, Middle District of Louisiana governing the conduct of the members of the Bar, and I am willing at all times to abide by and comply with the same during the pendency of this litigation.

7. Accordingly, I respectfully request that this Court enter an Order permitting me to appear and participate as co-counsel for Defendant Sanofi-Aventis U.S. LLC in the above-captioned case.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 19, 2023

William D. Coglianese
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
T: 202-879-3939
F: 202-646-1700
wcoglianese@jonesday.com

District of Columbia

Signed and sworn to (or affirmed) before me on _____ by _____
Name(s) of Individuals(s) making statement

Signature of Notarial Officer

Title of Office: Notary Public

My Commission Expires: 11/14/26

Seal

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, by and through its Attorney General Jeff Landry, <br><br> Plaintiff, <br><br> VERSUS <br><br> SANOFI-AVENTIS U.S. LLC, ET AL. <br><br> Defendants. | CIVIL ACTION NO.: <br> 3:23-cv-00302-JWD-SDJ <br><br> JUDGE: BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE: <br> SCOTT D. JOHNSON |

## OATH ON ADMISSION

I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Respectfully submitted this 15th day of July, 2023.

William D. Coglianese

District of Columbia

Signed and sworn to (or affirmed) before me on 7/15/23 by Bill Coglianese

Seal

My Commission Expires: 11/14/26