## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA, by and through its Attorney General Jeff Landry,** | **CIVIL ACTION NO.:** 3:23-cv-00302-JWD-SDJ |
| Plaintiff, | |
| **VERSUS** | **JUDGE: BRIAN A. JACKSON** |
| **SANOFI-AVENTIS U.S. LLC, ET AL.** | **MAGISTRATE JUDGE: SCOTT D. JOHNSON** |
| Defendants. | |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that William D. Coglianese be and is hereby allowed to appear and participate as counsel in this case of action.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**