- 1 -

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA | CIVIL ACTION NO. 3:23-cv-00302-JWD-SDJ |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| SANOFI-AVENTIS U.S., LLC, ET AL. | MAGISTRATE JUDGE SCOTT D. JOHNSON |

## MOTION TO STRIKE RECORD DOCUMENT 43

NOW INTO COURT, comes Defendant, OptumRx, Inc. ("Optum"), and respectfully moves this court for an order striking record document 43, Optum's Notice of Enrollment of Counsel. Pursuant to the Clerk of Court's instruction, Optum will instead file a Motion to Enroll Counsel.

WHEREFORE, Defendant, OptumRx, Inc., prays that record document 43 in this matter be stricken from the Court's record.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *s/Shelton Dennis Blunt*
Shelton Dennis Blunt, Bar Roll No. 21230
Monica M. Vela-Vick, Bar Roll No. 34803
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: dennis.blunt@phelps.com
Email: monica.vela-vick@phelps.com

**ATTORNEYS FOR DEFENDANT, OPTUM RX**

PD.42593742.1

- 2 -

## CERTIFICATE OF SERVICE

I certify that I have on this 21st day of July, 2023 filed a copy of the foregoing with the Clerk of Court using the CM-ECF system, which will send electronic notification of such filing to all counsel of record.

*s/Shelton Dennis Blunt*