UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA | CIVIL ACTION NO. 3:23-cv-00302-JWD-SDJ |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| SANOFI-AVENTIS U.S., LLC, ET AL. | MAGISTRATE JUDGE SCOTT D. JOHNSON |

## ORDER

Considering the foregoing Motion to Strike Record Document 43 filed by Defendant, OptumRx, Inc.:

IT IS HEREBY ORDERED that the motion is GRANTED and that record document 43, Notice of Enrollment of Counsel, shall be stricken from the record of the Court.

SO ORDERED this _____ day of _____, 2023, Baton Rouge, Louisiana.


_____
HONORABLE SCOTT D. JOHNSON
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA