# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF LOUISIANA** | **CIVIL ACTION NO. 3:23-cv-00302-JWD-SDJ** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **SANOFI-AVENTIS U.S., LLC, ET AL.** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

## MOTION TO ENROLL COUNSEL

NOW INTO COURT, comes Defendant, OptumRx, Inc. ("Optum"), and respectfully requests that Shelton Dennis Blunt (Bar Roll No. 21230) and Monica M. Vela-Vick (Bar Roll No. 34803) of the law firm Phelps Dunbar LLP, II City Plaza, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana, 70802, be enrolled as counsel of record for Optum in the above-referenced matter. Shelton Dennis Blunt and Monica M. Vela-Vick are members in good standing with the Louisiana State Bar and of this Court. Optum requests that Shelton Dennis Blunt and Monica M. Vela-Vick be provided with notice of filings, judgments, and all hearing dates as all counsel in this case.

WHEREFORE, Defendant, OptumRx, Inc., prays that Shelton Dennis Blunt and Monica M. Vela-Vick be enrolled as counsel of record for Optum in the above-captioned matter.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *s/Shelton Dennis Blunt*
Shelton Dennis Blunt, Bar Roll No. 21230
Monica M. Vela-Vick, Bar Roll No. 34803
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
Email: dennis.blunt@phelps.com
Email: monica.vela-vick@phelps.com

**ATTORNEYS FOR DEFENDANT, OPTUM RX**

## CERTIFICATE OF SERVICE

I certify that I have on this 21st day of July, 2023 filed a copy of the foregoing with the Clerk of Court using the CM-ECF system, which will send electronic notification of such filing to all counsel of record.

*s/Shelton Dennis Blunt*