UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF LOUISIANA | CIVIL ACTION NO. 3:23-cv-00302-JWD-SDJ |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| SANOFI-AVENTIS U.S., LLC, ET AL. | MAGISTRATE JUDGE SCOTT D. JOHNSON |

## ORDER

Considering the foregoing Motion to Enroll Counsel filed by Defendant, OptumRx, Inc.:

IT IS HEREBY ORDERED that the motion is GRANTED and that Shelton Dennis Blunt (Bar Roll No. 21230) and Monica M. Vela-Vick (Bar Roll No. 34803) of the law firm Phelps Dunbar LLP, II City Plaza, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana, 70802 be enrolled as counsel for Defendant, OptumRx, Inc., in this matter.

SO ORDERED this _____ day of _____, 2023, Baton Rouge, Louisiana.

_____
HONORABLE SCOTT D. JOHNSON
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PD.42593605.1