# Exhibit B

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: INSULIN PRICING LITIGATION          MDL No. 3080

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On August 3, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2023). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Brian R. Martinotti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martinotti.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 3, 2023, and, with the consent of that court, assigned to the Honorable Brian R. Martinotti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

IN RE: INSULIN PRICING LITIGATION                                    MDL No. 3080

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 23−02402 | Lake County, Illinois v. Eli Lilly and Company et al |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 23−00302 | The State of Louisiana v. Sanofi−Aventis U.S. LLC et al |
| LAM | 3 | 23−00589 | Bossier Parish v. Eli Lilly and Company et al |
| MISSOURI WESTERN | | | |
| MOW | 4 | 23−00206 | Jackson County, Missouri v. Eli Lilly and Company et al |
| NEW YORK NORTHERN | | | |
| NYN | 1 | 22−00981 | County of Albany, New York v. Eli Lilly and Company et al |
| OHIO NORTHERN | | | |
| OHN | 1 | 23−01417 | City of Cleveland, Ohio v. Eli Lilly & Company et al |
| PUERTO RICO | | | |
| PR | 3 | 23−01349 | Sistema Integrado de Salud del Oeste LLC et al v. Eli Lilly & Company et al |