Activity in Case MDL No. 3080 IN RE: Insulin Pricing Litigation Existing Transfer Order (Transferor Clerks)

JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
Wed 12/6/2023 9:23 AM
To:JPMLCMDECF <JPMLCMDECF@jpml.uscourts.gov>

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 12/6/2023 at 10:21 AM EST and filed on 12/6/2023

| | |
|---|---|
| **Case Name:** | IN RE: Insulin Pricing Litigation |
| **Case Number:** | MDL No. 3080 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Tiffaney D. Pete on 12/6/2023.**

**Associated Cases: MDL No. 3080, LAM/3:23-cv-00302 (SM)**

| | |
|---|---|
| **Case Name:** | The State of Louisiana v. Sanofi-Aventis U.S. LLC et al |
| **Case Number:** | LAM/3:23-cv-00302 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Tiffaney D. Pete on 12/6/2023.**

**Associated Cases: MDL No. 3080, LAM/3:23-cv-00302 (SM)**

**No public notice (electronic or otherwise) sent because the entry is private**