# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
### CIVIL DOCKET FOR CASE #: 3:23−cv−00302−SDD−SDJ

| | |
|---|---|
| The State of Louisiana v. Sanofi−Aventis U.S. LLC et al | Date Filed: 04/19/2023 |
| Assigned to: Chief Judge Shelly D. Dick | Date Terminated: 12/08/2023 |
| Referred to: Magistrate Judge Scott D. Johnson | Jury Demand: Both |
| Case in other court: 19th JDC for the Parish of East Baton Rouge, 729791 | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |
| Cause: 28:1442 Notice of Removal | |

**Plaintiff**

**The State of Louisiana**     represented by     **Nicholas Jacob Diez**
LA
1885 N. Third St.
Baton Rouge, LA 70802
225−326−6204
Email: diezn@ag.louisiana.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eulis Simien , Jr.**
Simien & Simien
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
225−932−9221
Fax: 225−932−9286
Email: eulis@simien.com
*ATTORNEY TO BE NOTICED*

**Jerald Paul Block**
Block Law Firm
P. O. Box 108
Thibodaux, LA 70302−0108
985−446−0418
Fax: 985−446−0422
Email: jpb@blocklawfirm.com
*ATTORNEY TO BE NOTICED*

**Jimmy Simien**
Simien & Simien, LLC.
7908 Wrenwood Blvd.
Baton Rouge, LA 70809
225−932−9221
Email: jimmysimien@simien.com
*ATTORNEY TO BE NOTICED*

**John Alden Meade**
Meade Young LLC
400 Poydras Street
Suite 1680
New Orleans, LA 70130

504–382–6283
Fax: 504–717–2846
Email: jam@meadeyoung.com
*ATTORNEY TO BE NOTICED*

**Lisa L Causey–Streete**
Salim–Beasley, LLC
1901 Texas Street
Natchitoches, LA 71457
(800) 491–1817
Email: lcausey@salim–beasley.com
*ATTORNEY TO BE NOTICED*

**Matthew P. Stafford , Jr.**
Louisiana Department of Justice
Medicaid Fraud Control Unit
1885 N. 3rd St.
Baton Rouge, LA 70802
225–326–6210
Fax: 225–326–6295
Email: staffordm@ag.louisiana.gov
*ATTORNEY TO BE NOTICED*

**Michael David Dupree**
Office of Attorney General
1885 N. Third Street
Baton Rouge, LA 70802
225–326–6464
Email: dupreem@ag.louisiana.gov
*ATTORNEY TO BE NOTICED*

**Robert Lyle Salim**
1901 Texas Street
Natchitoches, LA 71457
318–352–5999
Fax: 318–352–5998
Email: robertsalim@salim–beasley.com
*ATTORNEY TO BE NOTICED*

**Roy Louis Bergeron , Jr.**
Simien & Simien, LLC
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932–9221
Fax: (225) 932–9286
Email: roybergeron@simien.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Sanofi–Aventis U.S. LLC                 represented by **Douglas J. Moore**
                                                        Irwin, Fritchie, Urquhart & Moore, LLC

400 Poydras Street, Suite 2700
New Orleans, LA 70130
504–310–2100
Fax: 310–2101
Email: dmoore@irwinllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabrielle Broders**
Irwin Fritchie Urquhart Moore & Daniels
400 Poydras Street
Suite 2700
New Orleans, LA 70130
504–310–2100
Email: gbroders@irwinllc.com
*ATTORNEY TO BE NOTICED*

**Kelly Juneau Rookard**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
504–310–2100
Fax: 504–310–2101
Email: KJUNEAU@IRWINLLC.COM
*ATTORNEY TO BE NOTICED*

**Matthew W. Bailey**
Irwin Fritchie Urquhart Moore & Daniels
450 Laurel St
Ste 1150
Baton Rouge, LA 70810
225–615–7395
Email: mbailey@irwinllc.com
*ATTORNEY TO BE NOTICED*

**Melissa Lim Patterson**
Jones Day
51 Louisiana Ave
Washington, DC 20001
202–879–4271
Email: mlim@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon Marie Kippers**
Irwin Fritchie Urquhart & Moore LLC
450 Laurel Street
Suite 1150
Baton Rouge, LA 70801
225–615–7356
Fax: 225–615–7179
Email: skippers@irwinllc.com
*ATTORNEY TO BE NOTICED*

**William D. Coglianese**

|   |   |   |
|---|---|---|
|   |   | Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC 20001<br>202−879−3710<br>Email: wcoglianese@jonesday.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |   |
| **Novo Nordisk, Inc.** |   |   |
| **Defendant** |   |   |
| **Caremarkpcs Health, LLC** | represented by | **James A. Brown**<br>Liskow & Lewis– N.O.<br>701 Poydras Street<br>Suite 5000<br>New Orleans, LA 70139−5099<br>504−581−7979<br>Fax: 504−556−4108<br>Email: jabrown@liskow.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**A. Joshua Podoll**<br>Williams & Connolly, LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>202−434−5000<br>Fax: 202−434−5029<br>*PRO HAC VICE*<br><br>**Alexander Gazikas**<br>Williams & Connolly<br>680 Maine Avenue, S.W.<br>Room 787<br>Washington, DC 20024<br>202−434−5636<br>Email: agazikas@wc.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Courtney Harper Turkington**<br>Liskow & Lewis<br>701 Poydras Street<br>Suite 5000<br>New Orleans, LA 70139<br>504−556−4078<br>Email: chturkington@liskow.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Craig D. Singer**<br>Williams & Connolly, LLP<br>680 Maine Avenue, S.W |

Washington, DC 20024
202–434–5000
Fax: 202–434–5029
*PRO HAC VICE*

**Enu A. Mainigi**
Williams & Connolly
680 Maine Avenue SW
20024
Washington, DC 20005
202–434–5420
Email: emainigi@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melanie N Derefinko**
Liskow and Lewis
701 Poydras Street
Suite 5000
New Orleans, LA 70139
504–556–4054
Email: mderefinko@liskow.com
*ATTORNEY TO BE NOTICED*

**R. Kennon Poteat , III**
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024
202–434–5699
Email: kpoteat@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Express Scripts Administrators LLC** *doing business as* Express Scripts | represented by | **Keith Wade McDaniel** McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel– COV 195 Greenbriar Boulevard Suite 200 Covington, LA 70433 504–831–0946 Fax: 985–809–9677 Email: kmcdaniel@mcsalaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Jason R. Scherr** 1111 Pennsylvania Avenue, NW Washington, DC 20004 202–373–6709 Email: jr.scherr@morganlewis.com *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Lindsey T. Levy**
1111 Pennsylvania Ave NW
Washington, DC 20001
202–739–5724
Fax: 202–739–3001
Email: lindsey.levy@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Harvey**
Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
202–373–6284
Fax: 202–739–3001
Email: patrick.harvey@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Health Corporation**　　represented by　**James A. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A. Joshua Podoll**
(See above for address)
*PRO HAC VICE*

**Alexander Gazikas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Courtney Harper Turkington**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig D. Singer**
(See above for address)
*PRO HAC VICE*

**Enu A. Mainigi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melanie N Derefinko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**R. Kennon Poteat , III**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Defendant**

**OPTUMRX, INC**　　　　　　　　　　　represented by　**Shelton Dennis Blunt**
Phelps Dunbar, LLP
II City Plaza
400 Convention St., Suite 1100
Baton Rouge, LA 70802
225–346–0285
Fax: 225–381–9197
Email: bluntd@phelps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica M Vela–Vick**
Phelps Dunbar LLP
PO Box 4412
Baton Rouge, LA 70821
225–346–0285
Fax: 225–381–9197
Email: monica.vela–vick@phelps.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2023 | Ï 1 | NOTICE OF REMOVAL from 19th JDC, Case Number 729791. (Filing fee $ 402 receipt number ALAMDC–2571400), filed by Express Scripts Administrators d/b/a Express ScriptsLLC. (Attachments: # 1 Attachment Civil Cover Sheet, # 2 Exhibit A – Supplemental and Amending Citation, # 3 Exhibit B – Contract, # 4 Exhibit C – Citation and Petition, # 5 Exhibit D – Veterans Analysis, # 6 Exhibit E – TRICARE Matrix)(McDaniel, Keith) (Attachment 3 replaced on 4/21/2023) (EDC). Modified on 4/21/2023 to rotate pages. (EDC). (Entered: 04/19/2023) |
| 04/19/2023 | Ï 2 | ANSWER to Complaint with Jury Demand by Express Scripts Administrators d/b/a Express ScriptsLLC.(McDaniel, Keith) (Entered: 04/19/2023) |
| 04/19/2023 | Ï 3 | Certificate of Interested Persons by Express Scripts Administrators d/b/a Express ScriptsLLC identifying Corporate Parent The Cigna Group for Express Scripts Administrators d/b/a Express ScriptsLLC.. (McDaniel, Keith) (Entered: 04/19/2023) |
| 04/19/2023 | Ï 4 | Supplemental NOTICE of Removal on behalf of CaremarkPCS Health, L.L.C. 1 Notice of Removal, by Caremarkpcs Health, LLC (Attachments: # 1 Exhibit List A – Citations, Original Petition, and Amended Petition)(Brown, James) Modified on 4/21/2023 to edit text. (EDC). (Entered: 04/19/2023) |
| 04/19/2023 | Ï 5 | NOTICE to Adverse Parties of Notice of Supplemental Removal 4 Notice of (other) by Caremarkpcs Health, LLC (Attachments: # 1 Exhibit 1 – Notice to 19th Judicial District Court)(Brown, James) Modified on 4/21/2023 to edit text. (EDC). (Entered: 04/19/2023) |
| 04/19/2023 | Ï 6 | Certificate of Interested Persons by Caremarkpcs Health, LLC identifying Affiliate/Interested Person Sanofi S.A., Affiliate/Interested Person Sanofi–Aventis U.S. LLC, Affiliate/Interested Person CVS Health Corporation, Affiliate/Interested Person Novo Nordisk, Inc., Affiliate/Interested Person Novo Nordisk US Commercial Holdings, Inc., Affiliate/Interested Person Novo Nordisk US Holdings, Inc., Affiliate/Interested Person Novo Nordisk A/S, Affiliate/Interested Person Express Scripts Administrators, LLC, Affiliate/Interested Person Cigna |

| | | |
|---|---|---|
| | | Group, Affiliate/Interested Person OptumRx, Inc., Affiliate/Interested Person United Health Group Incorporated for Caremarkpcs Health, LLC.. (Brown, James) (Entered: 04/19/2023) |
| 04/20/2023 | 7 | Ex Parte MOTION to Enroll Robert L. Salim, Lisa Causey−Streete, Jerald P. Block, and John Alden Meade as Additional Attorney by The State of Louisiana (Attachments: # 1 Attachment Proposed Order on Motion)(Diez, Nicholas) (Entered: 04/20/2023) |
| 04/21/2023 | 8 | NOTICE OF DEFICIENCY with LR 7.1 as to 6 Certificate of Interested Persons.<br><br>Failure to add interested persons to CM/ECF upon filing of Certificate of Interested Persons<br><br>REQUIRED CORRECTION: Within one business day, the filer shall add all interested persons listed on the certificate using the event Add Interested Person located under Notices in the CM/ECF system. (EDC) (Entered: 04/21/2023) |
| 04/21/2023 |  | MOTION(S) REFERRED: 7 Ex Parte MOTION to Enroll Robert L. Salim, Lisa Causey−Streete, Jerald P. Block, and John Alden Meade as Additional Attorney . This motion is now pending before the USMJ. (EDC) (Entered: 04/21/2023) |
| 04/21/2023 |  | *** Add Interested Person by Caremarkpcs Health, LLC identifying Affiliate/Interested Person State of Louisiana, Affiliate/Interested Person Neal A. Potischman, Affiliate/Interested Person Andrew Yaphe, Affiliate/Interested Person Shirlethia V. Franklin, Affiliate/Interested Person Theresa C. Martin, Affiliate/Interested Person William D. Coglianese, Affiliate/Interested Person Jason R. Scherr, Affiliate/Interested Person Patrick A. Harvey, Affiliate/Interested Person Lindsey Levy, Affiliate/Interested Person Keith W. McDaniel, Affiliate/Interested Person Brian D. Boone, Affiliate/Interested Person Kelley C. Barnaby, Affiliate/Interested Person D. Andrew Hatchett, Affiliate/Interested Person Enu Mainigi, Affiliate/Interested Person Craig Singer, Affiliate/Interested Person R. Kennon Poteat III, Affiliate/Interested Person A. Joshua Podoll, Affiliate/Interested Person Daniel Dockery, Affiliate/Interested Person James A. Brown, Affiliate/Interested Person Melanie Derefinko, Affiliate/Interested Person Courtney Harper Turkington, Affiliate/Interested Person CaremarkPCS Health, L.L.C. for Caremarkpcs Health, LLC. (Brown, James) (Entered: 04/21/2023) |
| 04/21/2023 | 9 | ORDER granting 7 Motion to Enroll Additional Attorney. Added attorney Robert Lyle Salim, Lisa Causey−Streete, Jerald Paul Block, and John Alden Meade for The State of Louisiana. Signed by Magistrate Judge Scott D. Johnson on 4/21/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) Modified on 4/24/2023 to edit text. (EDC). (Entered: 04/21/2023) |
| 04/26/2023 | 10 | Consent MOTION for Extension of Time To Plead by Sanofi−Aventis U.S. LLC (Attachments: # 1 Attachment Proposed Order)(Kippers, Shannon) (Entered: 04/26/2023) |
| 04/26/2023 | 11 | Certificate of Interested Persons by Sanofi−Aventis U.S. LLC identifying Affiliate/Interested Person Sanofi S.A. for Sanofi−Aventis U.S. LLC. (Kippers, Shannon) (Entered: 04/26/2023) |
| 04/26/2023 |  | Case reassigned to Judge Brian A. Jackson. Judge John W. deGravelles no longer assigned to the case. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (EDC) (Entered: 04/26/2023) |
| 04/26/2023 |  | MOTION(S) REFERRED: 10 Consent MOTION for Extension of Time To Plead. This motion is now pending before the USMJ. (EDC) (Entered: 04/26/2023) |
| 04/26/2023 | 12 | MOTION for Jason R. Scherr to Appear Pro Hac Vice (Filing Fee $100.00 Receipt number ALAMDC−2574326 by Express Scripts Administrators LLC (Attachments: # 1 Exhibit A − Declaration, # 2 Exhibit B − Certificate of Good Standing, # 3 Exhibit C − Oath on Admission, # 4 Proposed Order)(McDaniel, Keith) Modified on 4/27/2023 to add payment information. (EDC). (Entered: 04/26/2023) |

| | | |
|---|---|---|
| 04/26/2023 | 13 | MOTION for Lindsey T. Levy to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2574344) by Express Scripts Administrators LLC (Attachments: # 1 Exhibit A – Declaration, # 2 Exhibit B – Certificate of Good Standing, # 3 Exhibit C – Oath on Admission, # 4 Proposed Order)(McDaniel, Keith) (Entered: 04/26/2023) |
| 04/26/2023 | 14 | MOTION for Patrick A. Harvey to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2574349) by Express Scripts Administrators LLC (Attachments: # 1 Exhibit A – Declaration, # 2 Exhibit B – Certificate of Good Standing, # 3 Exhibit C – Oath on Admission, # 4 Proposed Order)(McDaniel, Keith) (Entered: 04/26/2023) |
| 04/27/2023 |  | MOTION(S) REFERRED: 12 MOTION for Jason R. Scherr to Appear Pro Hac Vice , 14 MOTION for Patrick A. Harvey to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2574349), 13 MOTION for Lindsey T. Levy to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2574344). This motion is now pending before the USMJ. (EDC) (Entered: 04/27/2023) |
| 04/27/2023 | 15 | ORDER granting 12 , 13 , and 14 Motions for Jason R. Scherr, Lindsey T. Levy, and Patrick A. Harvey to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 4/27/2023. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e−file access www.lamd.uscourts.gov/pro−hac−vice−e−filing−registration. . (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 04/27/2023) |
| 04/28/2023 | 16 | ORDER: The consent 10 Motion for Extension filed by Defendant, Sanofi−Aventis U.S., LLC, is GRANTED, and all Defendants now have until May 26, 2023, to file their answers or otherwise respond to the Complaint. Signed by Magistrate Judge Scott D. Johnson on 4/28/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 04/28/2023) |
| 05/02/2023 | 17 | SCHEDULING CONFERENCE ORDER: Telephone Scheduling Conference set for 8/3/2023 at 04:00 PM before Magistrate Judge Scott D. Johnson. Status Report due by 7/20/2023. Signed by Magistrate Judge Scott D. Johnson on 5/2/2023. (KAH) (Entered: 05/02/2023) |
| 05/12/2023 | 18 | Ex Parte MOTION for Leave to File Excess Pages by All Plaintiffs (Attachments: # 1 Attachment Proposed Order)(Meade, John) (Entered: 05/12/2023) |
| 05/15/2023 |  | MOTION(S) REFERRED: 18 Ex Parte MOTION for Leave to File Excess Pages . This motion is now pending before the USMJ. (EDC) (Entered: 05/15/2023) |
| 05/15/2023 | 19 | ORDER: The State of Louisiana's 18 Motion for Leave to exceed the page limit for its anticipated Motion to Remand is GRANTED, and the State may file a single Motion to Remand that does not exceed 40 pages. The State, however, failed to comply with Section I(B)(7) of this Court's Administrative Procedures, which required it to submit a copy of the proposed Motion to Remand as an attachment to its Motion for Leave (R. Doc. 18). The State is advised that the Court will deny any future filings that fail to comply with this Court's Administrative Procedures or its Local Rules. Signed by Magistrate Judge Scott D. Johnson on 5/15/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 05/15/2023) |
| 05/16/2023 | 20 | MOTION to Enroll Eulis Simien, Jr., Jimmy Simien, and Roy Bergeron, Jr. as Additional Attorney by All Plaintiffs (Attachments: # 1 Attachment Proposed Order)(Bergeron, Roy) (Entered: 05/16/2023) |
| 05/16/2023 |  | MOTION(S) REFERRED: 20 MOTION to Enroll Eulis Simien, Jr., Jimmy Simien, and Roy Bergeron, Jr. as Additional Attorney . This motion is now pending before the USMJ. (EDC) |

| | | |
|---|---|---|
| | | (Entered: 05/16/2023) |
| 05/16/2023 | 21 | ORDER granting 20 Motion to Enroll Additional Attorney. Added attorney Roy Bergeron, Jr., Eulis Simien, Jr., and Jimmy Simien for The State of Louisiana. Signed by Magistrate Judge Scott D. Johnson on 5/16/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 05/16/2023) |
| 05/16/2023 | 22 | Consent MOTION for Extension of Time to Plead by Sanofi−Aventis U.S. LLC (Attachments: # 1 Attachment Proposed Order)(Kippers, Shannon) (Entered: 05/16/2023) |
| 05/17/2023 |  | MOTION(S) REFERRED: 22 Consent MOTION for Extension of Time to Plead. This motion is now pending before the USMJ. (ELW) (Entered: 05/17/2023) |
| 05/17/2023 | 23 | ORDER: The Court has reviewed Defendant Sanofi−Aventis' consent 22 Motion for Extension, which asks the Court to delay the responsive pleading deadline for all Defendants until 14 days after the Court resolves the State of Louisiana's Motion to Remand. All parties agree to the requested extension. And while the Court finds the request uncommon, it seems appropriate under the very particular circumstances of this case. And so, Defendant's consent Motion for Extension of Time to Plead (R. Doc. 22) is GRANTED, and all Defendants must respond to the Complaint within 14 days of the Court's resolution of the Motion to Remand. Signed by Magistrate Judge Scott D. Johnson on 5/17/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 05/17/2023) |
| 05/19/2023 | 24 | MOTION to Remand by All Plaintiffs (Attachments: # 1 Attachment Proposed Order, # 2 Attachment Memorandum In Support)(Meade, John) (Entered: 05/19/2023) |
| 05/19/2023 | 25 | Certificate of Interested Persons by The State of Louisiana (Meade, John) (Entered: 05/19/2023) |
| 05/22/2023 |  | MOTION(S) REFERRED: 24 MOTION to Remand . This motion is now pending before the USMJ. (EDC) (Entered: 05/22/2023) |
| 05/22/2023 | 26 | Ex Parte MOTION for Enu A. Mainigi to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2585284) by CVS Health Corporation, Caremarkpcs Health, LLC (Attachments: # 1 Exhibit A – Certificate of Good standing, # 2 Exhibit B – Written Oath, # 3 Proposed Order)(Brown, James) (Entered: 05/22/2023) |
| 05/22/2023 | 27 | Ex Parte MOTION for A. Joshua Podoll to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2585309) by CVS Health Corporation, Caremarkpcs Health, LLC (Attachments: # 1 Exhibit A – Certificate of Good Standing, # 2 Exhibit B – Written Oath, # 3 Proposed Order)(Brown, James) (Entered: 05/22/2023) |
| 05/22/2023 | 28 | Ex Parte MOTION for R. Kennon Poteat, III to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2585340) by CVS Health Corporation, Caremarkpcs Health, LLC (Attachments: # 1 Exhibit A – Certificate of Good Standing, # 2 Exhibit B – Written Oath, # 3 Proposed Order)(Brown, James) (Entered: 05/22/2023) |
| 05/23/2023 |  | MOTION(S) REFERRED: 26 Ex Parte MOTION for Enu A. Mainigi to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2585284), 27 Ex Parte MOTION for A. Joshua Podoll to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2585309), 28 Ex Parte MOTION for R. Kennon Poteat, III to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2585340). This motion is now pending before the USMJ. (EDC) (Entered: 05/23/2023) |
| 05/23/2023 | 29 | ORDER granting 26 , 27 , and 28 Motions for Enu A. Mainigi, A. Joshua Podoll, and R. Kennon Poteat, III to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 5/23/2023. |

| | | |
|---|---|---|
| | | ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e−file access www.lamd.uscourts.gov/pro−hac−vice−e−filing−registration.<br><br>(This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 05/23/2023) |
| 05/30/2023 | 30 | Ex Parte MOTION for Alexander Gazikas to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2588103) by CVS Health Corporation, Caremarkpcs Health, LLC (Attachments: # 1 Exhibit A − Certificate of Good Standing, # 2 Exhibit B − Written Oath, # 3 Proposed Order)(Brown, James) (Entered: 05/30/2023) |
| 05/30/2023 | 31 | Ex Parte MOTION for Craig D. Singer to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2588105) by CVS Health Corporation, Caremarkpcs Health, LLC (Attachments: # 1 Exhibit A − Certificate of Good Standing, # 2 Exhibit B − Written Oath, # 3 Proposed Order)(Brown, James) (Entered: 05/30/2023) |
| 05/30/2023 | Ï | MOTION(S) REFERRED: 31 Ex Parte MOTION for Craig D. Singer to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2588105), 30 Ex Parte MOTION for Alexander Gazikas to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2588103). This motion is now pending before the USMJ. (EDC) (Entered: 05/30/2023) |
| 05/30/2023 | 32 | ORDER granting 30 and 31 Motions for Alexander Gazikas and Craig D. Singer to Appear Pro Hac Vice.<br><br>ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e−file access www.lamd.uscourts.gov/pro−hac−vice−e−filing−registration.<br><br>Signed by Magistrate Judge Scott D. Johnson on 5/30/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 05/30/2023) |
| 06/02/2023 | 33 | Consent MOTION for Extension of Time to File Response to 24 MOTION to Remand by Caremarkpcs Health, LLC, Express Scripts Administrators LLC (Attachments: # 1 Proposed Order)(Brown, James) (Entered: 06/02/2023) |
| 06/05/2023 | Ï | MOTION(S) REFERRED: 33 Consent MOTION for Extension of Time to File Response to 24 MOTION to Remand . This motion is now pending before the USMJ. (EDC) (Entered: 06/05/2023) |
| 06/06/2023 | 34 | ORDER granting 33 Motion for Extension. The Removing Defendants now have until June 23, 2023, to respond to the Motion to Remand (R. Doc. 24). The State of Louisiana may file a Reply Memorandum in support of its Motion to Remand (R. Doc. 24), without leave of Court. Any Reply Memorandum must be filed by July 14, 2023, and be limited to 10 pages. Signed by Magistrate Judge Scott D. Johnson on 6/6/2023. (KAH) (Entered: 06/06/2023) |
| 06/23/2023 | 35 | MEMORANDUM in Opposition to 24 MOTION to Remand filed by Express Scripts Administrators LLC. (Attachments: # 1 Attachment Declaration of Patrick Harvey, # 2 Exhibit A − Amendment)(McDaniel, Keith) (Entered: 06/23/2023) |
| 06/23/2023 | 36 | MEMORANDUM in Opposition to 24 MOTION to Remand filed by Caremarkpcs Health, LLC. (Attachments: # 1 Exhibit Exhibit A − Oesterle Declaration, # 2 Exhibit Exhibit B − Anderson Declaration)(Brown, James) (Entered: 06/23/2023) |
| 07/13/2023 | 37 | REPLY in Support of 24 MOTION to Remand filed by The State of Louisiana. (Attachments: # 1 Exhibit A)(Meade, John) (Entered: 07/13/2023) |
| 07/13/2023 | 38 | |

| | | |
|---|---|---|
| | | Consent MOTION for Extension of Time by CVS Health Corporation, Caremarkpcs Health, LLC (Attachments: # 1 Proposed Order)(Brown, James) (Entered: 07/13/2023) |
| 07/14/2023 | ï | MOTION(S) REFERRED: 38 Consent MOTION for Extension of Time. This motion is now pending before the USMJ. (EDC) (Entered: 07/14/2023) |
| 07/14/2023 | 39 | Notice of Deficiency with Administrative Procedure III(A)(1) as to 37 Reply to Response to Motion. Pursuant to Administrative Procedure III(A)(1), Each exhibit should be submitted individually in CM/ECF with an exhibit number and short description (e.g., Ex.1 Plaintiff Depo).<br><br>REQUIRED CORRECTION: The filer is directed to refile the exhibits in the proper format using the event Exhibit located under Other Documents in the CM/ECF system and link the exhibits to the previously filed document. The main document for this event shall be an exhibit list of the exhibits being attached. Each exhibit MUST include a description (e.g., Ex.1 Plaintiff Depo). (EDC) (Entered: 07/14/2023) |
| 07/14/2023 | 40 | MOTION for Leave to File Supplemental Memorandum in Opposition to Plaintiff State of Louisiana's Motion to Remand by Caremarkpcs Health, LLC (Attachments: # 1 Proposed Order, # 2 Proposed Pleading; Supplemental Memorandum in Opposition to Plaintiff State of Louisiana's Motion to Remand, # 3 Proposed Exhibit 1 – California Ruling, # 4 Proposed Exhibit 2 – Puerto Rico Ruling)(Brown, James) (Entered: 07/14/2023) |
| 07/17/2023 | 41 | ORDER: The consent 38 Motion for Extension is GRANTED, and the deadlines found in the Scheduling Conference Order (R. Doc. 17) are VACATED. If the litigation remains in this Court after resolution of the pending Motion to Remand (R. Doc. 24), the parties are ORDERED to file a Motion for Scheduling Conference within 7 days of the Court's resolution of the Motion to Remand (R. Doc. 24). Signed by Magistrate Judge Scott D. Johnson on 7/17/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 07/17/2023) |
| 07/17/2023 | 42 | Exhibit(s) to 37 Reply to Response to Motion by The State of Louisiana. (Attachments: # 1 Exhibit A. Order Granting Remand for The People of the State of California)(Meade, John) (Entered: 07/17/2023) |
| 07/17/2023 | ï | MOTION(S) REFERRED: 40 MOTION for Leave to File Supplemental Memorandum in Opposition to Plaintiff State of Louisiana's Motion to Remand . This motion is now pending before the USMJ. (EDC) (Entered: 07/17/2023) |
| 07/17/2023 | 43 | STRICKEN FROM THE RECORD NOTICE of Enrollment of Counsel by OPTUMRX, INC (Blunt, Shelton) Modified on 7/25/2023 to remove document as it has been stricken by Order #52 (LLH). (Entered: 07/17/2023) |
| 07/18/2023 | 44 | ORDER: The Court ORDERS that Defendant CaremarkPCS Health, LLC's 40 Motion for Leave to file a Supplemental Opposition (R. Doc. 40–2) and Exhibits (R. Docs. 40–3 and 40–4) is GRANTED. But given the Supplemental Memorandum's purpose (R. Doc. 40–2) is to respond to Plaintiff's Reply Memorandum (R. Doc. 37), the Court will treat it as a Sur–Reply Memorandum. Therefore, the Clerk of Court is directed to file Defendant's Sur–Reply (R. Doc. 40–2) and its related Exhibits (R. Docs. 40–3 and 40–4) into the record. The Court now considers this matter fully briefed. Signed by Magistrate Judge Scott D. Johnson on 7/18/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 07/18/2023) |
| 07/18/2023 | 45 | SUR–REPLY MEMORANDUM in Opposition to 24 MOTION to Remand filed by CVS Health Corporation, Caremarkpcs Health, LLC. (Attachments: # 1 Exhibit 1 – California Ruling, # 2 Exhibit 2 – Puerto Rico Ruling)(LLH) (Entered: 07/18/2023) |
| 07/19/2023 | 46 | |

| | | |
|---|---|---|
| | | MOTION for Melissa Lim Patterson to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2608616) by Sanofi−Aventis U.S. LLC (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Pleading; Proposed Order)(Moore, Douglas) (Entered: 07/19/2023) |
| 07/19/2023 | 47 | MOTION for Wiliam D. Coglianese to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2608630) by Sanofi−Aventis U.S. LLC (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Pleading; Proposed Order)(Moore, Douglas) (Entered: 07/19/2023) |
| 07/20/2023 | | MOTION(S) REFERRED: 46 MOTION for Melissa Lim Patterson to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2608616), 47 MOTION for Wiliam D. Coglianese to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2608630). This motion is now pending before the USMJ. (EDC) (Entered: 07/20/2023) |
| 07/21/2023 | 48 | ORDER granting 46 and 47 Motions for Melissa Lim Patterson and Wiliam D. Coglianese to Appear Pro Hac Vice. Signed by Magistrate Judge Scott D. Johnson on 7/21/2023. ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e−file access www.lamd.uscourts.gov/pro−hac−vice−e−filing−registration. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 07/21/2023) |
| 07/21/2023 | 49 | MOTION to Strike an Incorrectly Filed Document 43 Notice of (other) *Enrollment* by OPTUMRX, INC (Attachments: # 1 Attachment Proposed Order on Motion to Strike)(Blunt, Shelton) (Entered: 07/21/2023) |
| 07/21/2023 | 50 | MOTION to Enroll Shelton Dennis Blunt and Monica Vela−Vick as Attorney by OPTUMRX, INC (Attachments: # 1 Attachment Order on Motion to Enroll Counsel)(Blunt, Shelton) (Entered: 07/21/2023) |
| 07/21/2023 | 51 | Certificate of Interested Persons by OPTUMRX, INC identifying Affiliate/Interested Person UnitedHealth Group Incorporated for OPTUMRX, INC.. (Blunt, Shelton) (Main Document 51 replaced on 7/25/2023) (EDC). Modified on 7/25/2023 to flatten document. (EDC). (Entered: 07/21/2023) |
| 07/25/2023 | | MOTION(S) REFERRED: 50 MOTION to Enroll Shelton Dennis Blunt and Monica Vela−Vick as Attorney , 49 MOTION to Strike an Incorrectly Filed Document 43 Notice of (other) *Enrollment*. This motion is now pending before the USMJ. (EDC) (Entered: 07/25/2023) |
| 07/25/2023 | 52 | ORDER granting 49 Motion to Strike an Incorrectly Filed Document 43 Notice of Enrollment. Signed by Magistrate Judge Scott D. Johnson on 7/25/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 07/25/2023) |
| 07/25/2023 | 53 | ORDER granting 50 Motion to Enroll as Attorney. Added attorney Shelton Dennis Blunt and Monica M Vela−Vick for OPTUMRX, INC. Signed by Magistrate Judge Scott D. Johnson on 7/25/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (KAH) (Entered: 07/25/2023) |
| 08/09/2023 | 54 | NOTICE of Conditional Transfer Order by Caremarkpcs Health, LLC (Attachments: # 1 Exhibit A − MDL No. 3080 Transfer Order, # 2 Exhibit B − MDL No. 3080 Conditional Transfer Order)(Brown, James) (Entered: 08/09/2023) |
| 08/18/2023 | | Case reassigned to Chief Judge Shelly D. Dick. Judge Brian A. Jackson no longer assigned to the case. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this |

| | | |
|---|---|---|
| | | entry.) (NLT) (Entered: 08/18/2023) |
| 12/08/2023 | 55 | Initial Conditional Transfer Order from the JPML Panel. (Attachments: # 1 Minute Order) (EDC) (Entered: 12/08/2023) |
| 12/08/2023 | 56 | Order Transferring Case to JPML Court. (Attachments: # 1 Certified Transfer Order)(EDC) (Entered: 12/08/2023) |
| 12/08/2023 | 57 | GENERAL ORDER: All pleadings and other papers filed under seal in civil and criminal actions shall be maintained under seal for thirty days following final disposition of the action. After that time, all sealed pleadings and other papers shall be placed in the case record unless a District Judge or Magistrate Judge, upon motion and for good cause shown, orders that the pleading or other paper be maintained under seal.<br><br>The deadline for filing any motions regarding the unsealing of any document shall be within thirty days of the final disposition of any action and shall contain a concise statement of reasons for maintaining the pleading or other paper under seal.<br><br>ATTENTION: If a motion to retain documents under seal is NOT filed, all documents shall be placed in the public case record, unless specifically identified in the attached General Order<br><br>Signed by Chief Judge Shelly D. Dick on 7/8/2019. (EDC) (Entered: 12/08/2023) |

*Case #: 3:23−cv−00302−SDD−SDJ*