AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| The State of Louisiana<br>*Plaintiff*<br>v.<br>Sanofi-Aventis U.S. LLC et al.<br>*Defendant* | Case No. 2:23-cv-22978-BRM-RLS |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, the State of Louisiana

Date: 02/19/2024

*Attorney's signature*

W. Mark Lanier, TX Bar No. 11934600
*Printed name and bar number*

The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N.
Houston, TX 77064
*Address*

wml@lanierlawfirm.com
*E-mail address*

(713) 659-5200
*Telephone number*

(713) 659-2204
*FAX number*